**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:* | : | |
| | : | **Chapter 11** |
| **BLT Restaurant Group LLC,** | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 22-10335-lgb |
| | : | |

**Supplement to Motion of the Debtor for an order, pursuant to sections 105(a), 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(e), and 507 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Federal Rules"), authorizing to Debtor to enter into secured post-petition financing and granting related appropriate relief (the "DIP Motion") identified as Docket No. 14**

BLT Restaurant Group LLC, Debtor, by and through proposed counsel, Ciardi Ciardi & Astin, hereby submits this Supplement to the Motion of the Debtor for an order, pursuant to sections 105(a), 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(e), and 507 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Federal Rules"), authorizing to Debtor to enter into secured post-petition financing and granting related appropriate relief (the "DIP Motion") identified as Docket No. 14 attaching a copy of the Budget which was previously attached as Schedule 8 to the Affidavit of James Haber filed at Docket No. 1 and served on all creditors. The Debtor incorporates into the DIP Motion the Budget attached hereto as Exhibit "A" and makes the Budget a part of the DIP Motion. The Budget attached hereto as Exhibit "A" is the approved budget between the DIP Lender and the Debtor (as those terms are defined in the DIP Motion) and will

serve as the Interim Budget for the Interim Order Approving the DIP Motion.

Respectfully submitted,

DATE: March 25, 2022

CIARDI CIARDI & ASTIN

*/s Jennifer C. McEntee*
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, Pa 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
aciardi@ciardilaw.com
jcranston@ciardilaw.com

Proposed Counsel for the Debtor