22-10335-lgb Doc 2-1 Filed 03/25/22 Entered 03/25/22 11:58:30 Exhibit A Documents Filed with Chapter 11 Petition Pg 28 of 32

3/18/2022 10:30 AM

## BLT Restaurant Group LLC
## Cash Budget
### March 21 to July 3 (105 Days or 15 Weeks)

| | March (March 21- April 3) | April (April 4- May 1) | May (May 2- May 29) | June (May 30- July 3) | Total |
|---|---|---|---|---|---|
| **Owned Restaurant Profits** | | | | | |
| BLT Steak 57 (1) | $ - | $ - | $ - | $ - | $ - |
| BLT Prime Lexington (2) | - | - | - | - | - |
| BLT Steak Waikiki (3) | - | - | - | - | - |
| **Total Owned Restaurant Profits** | - | - | - | - | - |
| | | | | | |
| **Fee Income** | | | | | |
| License Fee Income | $ 2,000 | $ 50,000 | $ 61,500 | $ 52,000 | $ 165,500 |
| License Fee Expense | - | (12,000) | (12,000) | (12,000) | (36,000) |
| **Net License Fee Income** | $ 2,000 | $ 38,000 | $ 49,500 | $ 40,000 | $ 129,500 |
| | | | | | |
| Management Fee Income | 20,600 | 42,000 | 42,000 | 42,500 | 147,100 |
| **Total Fee Income** | $ 22,600 | $ 80,000 | $ 91,500 | $ 82,500 | $ 276,600 |
| | | | | | |
| **Total Income** | $ 22,600 | $ 80,000 | $ 91,500 | $ 82,500 | $ 276,600 |
| | | | | | |
| **Payroll Expenses** | | | | | |
| Payroll | $ 72,800 | $ 145,600 | $ 145,600 | $ 182,000 | $ 546,000 |
| Payroll Taxes | 5,200 | 10,400 | 10,400 | 13,000 | 39,000 |
| Payroll Services | 460 | 460 | 460 | 460 | 1,840 |
| Employee Benefits | - | 22,000 | 22,000 | 22,000 | 66,000 |
| **Total Payroll Expenses** | $ 78,460 | $ 178,460 | $ 178,460 | $ 217,460 | $ 652,840 |
| | | | | | |
| **Variable Operating Expenses** | | | | | |
| Supplies-Office | $ 200 | $ 500 | $ 500 | $ 500 | $ 1,700 |
| Credit Card Charges | - | 150 | 150 | 150 | 450 |
| **Total Variable Operating Expenses** | $ 200 | $ 650 | $ 650 | $ 650 | $ 2,150 |
| | | | | | |
| **Fixed Operating Expenses** | | | | | |
| Repairs & Maintenance | $ - | $ 300 | $ 300 | $ 300 | $ 900 |
| Repairs & Maintenance-Recurring | - | 1,680 | 1,680 | 1,680 | 5,040 |
| Professional Fees | - | 5,000 | 5,000 | 5,000 | 15,000 |
| U.S. Trustee | - | - | - | 6,000 | 6,000 |
| Utilities | 450 | 450 | 450 | 450 | 1,800 |
| Insurance, Business & Liability | 500 | 500 | 500 | 500 | 2,000 |
| Insurance, Workers Comp | 1,470 | 1,470 | 1,470 | 1,470 | 5,880 |
| Office | 1,150 | 1,150 | 1,150 | 1,150 | 4,600 |
| Travel, Meals, Snacks & Entertainment | 1,600 | 3,200 | 3,200 | 3,200 | 11,200 |
| Computer Services | 8,200 | 9,700 | 9,700 | 9,700 | 37,300 |
| Freight & Messengers | 150 | 150 | 150 | 150 | 600 |
| Telephone | 1,670 | 1,670 | 1,670 | 1,670 | 6,680 |
| **Total Fixed Operating Expenses** | $ 15,190 | $ 25,270 | $ 25,270 | $ 31,270 | $ 97,000 |
| | | | | | |
| **Total Operating Expenses** | $ 93,850 | $ 204,380 | $ 204,380 | $ 249,380 | $ 751,990 |
| | | | | | |
| **Net Income before Occupancy** | $ (71,250) | $ (124,380) | $ (112,880) | $ (166,880) | $ (475,390) |
| | | | | | |
| Rent | $ - | $ 24,600 | $ 24,600 | $ 24,600 | $ 73,800 |
| Real Estate Taxes | - | 50 | 50 | 50 | 150 |
| **Total Occupancy Expenses** | $ - | $ 24,650 | $ 24,650 | $ 24,650 | $ 73,950 |
| | | | | | |
| **Total Net Income (Loss)** | $ (71,250) | $ (149,030) | $ (137,530) | $ (191,530) | $ (549,340) |

(1) BLT Steak has been operating at a loss. It is our hope it can reach breakeven with the recent lifting of the pandemic restrictions.

(2) BLT Prime Lexington has been currently operating at breakeven.