| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| **CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Jennifer Cranston McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550 Telephone<br>(215) 557-3551 Telecopier<br>aciardi@ciardilaw.com<br>jcranston@ciardilaw.com | |
| *In re:*<br><br>**BLT Restaurant Group LLC**<br>**f/k/a BLT Management LLC**<br><br>            **Debtor.** | Case No.:  22-10335<br>Judge:     Hon. Lisa G. Beckerman<br>Chapter:   11 |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named Debtor and that compensation paid to me within one (1) year before the filing of the Petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation or in connection with the bankruptcy case is as follows:

      a.    Ciardi Ciardi & Astin was retained on March 17, 2022, to represent this Debtor in its Chapter 11 proceeding and received retainer of $51,738 on March 17, 2022. Ciardi Ciardi & Astin drew down $17,738 from this retainer for pre-petition fees and the filing fee. Ciardi Ciardi & Astin has a remaining retainer of $34,000.

      b.    I have not agreed to share the above-disclosed compensation with any person unless they are a member of this firm.

1

c. In return for the above-disclosed retainer and payment of the hourly rates of the firm, I have agreed to render legal service for all aspects of the bankruptcy case, including:

i. Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file a petition in bankruptcy;

ii. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

iii. Representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

iv. Representation of the Debtor in adversary proceedings and other contested bankruptcy matters; and

v. Ciardi Ciardi & Astin will be entitled to its full hourly rate from the Debtor and any expenses in excess of the retainer.

d. The retainer is to be applied to approved fees and expenses and Ciardi Ciardi & Astin may seek additional fees and expenses from the Debtor to the extent approved by the Court.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy proceeding.

CIARDI CIARDI & ASTIN

Dated: April 6, 2022        By:    */s/ Albert A. Ciardi, III*
                                   Albert A. Ciardi, III, Esquire

2