# United States Bankruptcy Court
## Southern District of New York

In re  **BLT Restaurant Group LLC f/k/a BLT Management LLC**        Case No.  **22-10335-lgb**
                                          Debtor(s)                  Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JL Holdings 2002, LLC** | | | 99.99% |
| **Juno Investments, LLC** | | | 0.01% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 8, 2022**        Signature  **/s/ James Haber**
                                          **James Haber**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   **BLT Restaurant Group LLC f/k/a BLT Management LLC**                    Case No.   **22-10335-lgb**
                                                                  Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 7, 2022**          Signature   *James Haber*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C. §§ 152 and 3571.