**BLT Restaurant Group LLC**
**Cash Budget**
**July 4, 2022 to December 31, 2023**

| | July (July 4- July 31) | August (Aug 1- Aug 28) | September (Aug 29- Oct 2) | October (Oct 3- Oct 30) | November (Oct 31- Nov 27) | December (Nov 28- Jan 1) | Total (Jul thru Dec 2022) | January (Jan 2-Jan 29) | February (Jan 30-Feb 26) | March (Feb 27-Apr 2) | April (Apr 3- Apr 30) | May (May 1-May 28) | June (May 29-Jul 2) | July (Jul 3- Jul 30) | August (Jul 31-Aug 27) | September (Aug 28- Oct 1) | October (Oct 2- Oct 29) | November (Oct 30- Nov 26) | December (Nov 27- Dec 31) | Total 2023 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Owned Restaurant Profits** | | | | | | | | | | | | | | | | | | | | | |
| BLT Steak 57 | - | - | - | 25,000 | 25,000 | 25,000 | 75,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 300,000 | 375,000 |
| BLT Prime Lexington | 10,000 | 10,000 | 10,000 | 30,000 | 30,000 | 30,000 | 120,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 360,000 | 480,000 |
| BLT Steak Waikiki | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| BLT Steak DC | - | - | - | 25,000 | 25,000 | 25,000 | 75,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 300,000 | 375,000 |
| **Total Owned Restaurant Profits** | 10,000 | 10,000 | 10,000 | 80,000 | 80,000 | 80,000 | 270,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 960,000 | 1,230,000 |
| **Fee Income** | | | | | | | | | | | | | | | | | | | | | |
| License Fee Income | 48,000 | 58,500 | 48,000 | 74,000 | 73,000 | 83,500 | 385,000 | 73,000 | 83,500 | 73,000 | 70,000 | 83,500 | 72,000 | 72,000 | 82,500 | 71,000 | 74,000 | 83,500 | 73,000 | 911,000 | 1,296,000 |
| License Fee Expense | (12,000) | (12,000) | (12,000) | (18,000) | (18,000) | (18,000) | (90,000) | (18,000) | (18,000) | (18,000) | (18,000) | (18,000) | (18,000) | (18,000) | (18,000) | (18,000) | (18,000) | (18,000) | (18,000) | (216,000) | (306,000) |
| **Net License Fee Income** | 36,000 | 46,500 | 36,000 | 56,000 | 55,000 | 65,500 | 295,000 | 55,000 | 65,500 | 55,000 | 52,000 | 65,500 | 54,000 | 54,000 | 64,500 | 53,000 | 56,000 | 65,500 | 55,000 | 695,000 | 990,000 |
| Management Fee Income | 24,800 | 34,400 | 45,500 | 63,200 | 63,200 | 79,000 | 310,100 | 63,200 | 63,200 | 79,000 | 59,200 | 59,200 | 69,000 | 55,200 | 55,200 | 69,000 | 63,200 | 63,200 | 79,000 | 777,600 | 1,087,700 |
| **Total Fee Income** | 60,800 | 80,900 | 81,500 | 119,200 | 118,200 | 144,500 | 605,100 | 118,200 | 128,700 | 134,000 | 111,200 | 124,700 | 123,000 | 109,200 | 119,700 | 122,000 | 119,200 | 128,700 | 134,000 | 1,472,600 | 2,077,700 |
| **Total Income** | 70,800 | 90,900 | 91,500 | 199,200 | 198,200 | 224,500 | 875,100 | 198,200 | 208,700 | 214,000 | 191,200 | 204,700 | 203,000 | 189,200 | 199,700 | 202,000 | 199,200 | 208,700 | 214,000 | 2,432,600 | 3,307,700 |
| **Payroll Expenses** | | | | | | | | | | | | | | | | | | | | | |
| Payroll | 99,440 | 99,440 | 124,300 | 99,440 | 99,440 | 124,300 | 646,360 | 99,440 | 99,440 | 124,300 | 99,440 | 99,440 | 124,300 | 99,440 | 99,440 | 124,300 | 99,440 | 99,440 | 124,300 | 1,292,720 | 1,939,080 |
| Payroll Taxes | 7,120 | 7,120 | 8,900 | 7,120 | 7,120 | 8,900 | 46,280 | 7,120 | 7,120 | 8,900 | 7,120 | 7,120 | 8,900 | 7,120 | 7,120 | 8,900 | 7,120 | 7,120 | 8,900 | 92,560 | 138,840 |
| Payroll Services | 460 | 460 | 460 | 460 | 460 | 460 | 2,760 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 5,520 | 8,280 |
| Employee Benefits | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 96,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 192,000 | 288,000 |
| **Total Payroll Expenses** | 123,020 | 123,020 | 149,660 | 123,020 | 123,020 | 149,660 | 791,400 | 123,020 | 123,020 | 149,660 | 123,020 | 123,020 | 149,660 | 123,020 | 123,020 | 149,660 | 123,020 | 123,020 | 149,660 | 1,582,800 | 2,374,200 |
| **Variable Operating Expenses** | | | | | | | | | | | | | | | | | | | | | |
| Supplies-Office | 500 | 500 | 500 | 500 | 500 | 500 | 3,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 9,000 |
| Credit Card Charges | 150 | 150 | 150 | 150 | 150 | 150 | 900 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 | 2,700 |
| **Total Variable Operating Expenses** | 650 | 650 | 650 | 650 | 650 | 650 | 3,900 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 7,800 | 11,700 |
| **Fixed Operating Expenses** | | | | | | | | | | | | | | | | | | | | | |
| Professional Fees | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 30,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 | 90,000 |
| U.S. Trustee | - | - | 6,000 | - | - | - | 6,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 6,000 |
| Utilities | 450 | 450 | 450 | 450 | 450 | 450 | 2,700 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 5,400 | 8,100 |
| Insurance, Business & Liability | 500 | 500 | 500 | 500 | 500 | 500 | 3,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 9,000 |
| Insurance, Workers Comp | 1,470 | 1,470 | 1,470 | 1,470 | 1,470 | 1,470 | 8,820 | 1,470 | 1,470 | 1,470 | 1,470 | 1,470 | 1,470 | 1,470 | 1,470 | 1,470 | 1,470 | 1,470 | 1,470 | 17,640 | 26,460 |
| Office | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 6,900 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 13,800 | 20,700 |
| Travel, Meals, Snacks & Entertainment | 1,000 | 1,000 | 1,250 | 1,000 | 1,000 | 1,250 | 6,500 | 1,000 | 1,000 | 1,250 | 1,000 | 1,000 | 1,250 | 1,000 | 1,000 | 1,250 | 1,000 | 1,000 | 1,250 | 13,000 | 19,500 |
| Computer Services | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 13,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 26,400 | 39,600 |
| Freight & Messengers | 150 | 150 | 150 | 150 | 150 | 150 | 900 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 | 2,700 |
| Telephone | 845 | 845 | 845 | 845 | 845 | 845 | 5,070 | 845 | 845 | 845 | 845 | 845 | 845 | 845 | 845 | 845 | 845 | 845 | 845 | 10,140 | 15,210 |
| **Total Fixed Operating Expenses** | 12,765 | 12,765 | 19,015 | 12,765 | 12,765 | 13,015 | 83,090 | 12,765 | 12,765 | 13,015 | 12,765 | 12,765 | 13,015 | 12,765 | 12,765 | 13,015 | 12,765 | 12,765 | 13,015 | 154,180 | 237,270 |
| **Total Operating Expenses** | 136,435 | 136,435 | 169,325 | 136,435 | 136,435 | 163,325 | 878,390 | 136,435 | 136,435 | 163,325 | 136,435 | 136,435 | 163,325 | 136,435 | 136,435 | 163,325 | 136,435 | 136,435 | 163,325 | 1,744,780 | 2,623,190 |
| **Net Income before Occupancy** | (65,635) | (45,535) | (77,825) | 62,765 | 61,765 | 61,175 | (3,290) | 61,765 | 72,265 | 50,675 | 54,765 | 68,265 | 39,675 | 52,765 | 63,265 | 38,675 | 62,765 | 72,265 | 50,675 | 687,820 | 684,530 |
| Rent | 24,600 | 24,600 | 24,600 | 24,600 | 24,600 | 24,600 | 147,600 | 24,600 | 24,600 | 24,600 | 24,600 | 24,600 | 24,600 | 24,600 | 24,600 | 24,600 | 24,600 | 24,600 | 24,600 | 295,200 | 442,800 |
| Real Estate Taxes | 50 | 50 | 50 | 50 | 50 | 50 | 300 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 | 900 |
| **Total Occupancy Expenses** | 24,650 | 24,650 | 24,650 | 24,650 | 24,650 | 24,650 | 147,900 | 24,650 | 24,650 | 24,650 | 24,650 | 24,650 | 24,650 | 24,650 | 24,650 | 24,650 | 24,650 | 24,650 | 24,650 | 295,800 | 443,700 |
| **Total Net Income (Loss)** | (90,285) | (70,185) | (102,475) | 38,115 | 37,115 | 36,525 | (151,190) | 37,115 | 47,615 | 26,025 | 30,115 | 43,615 | 15,025 | 28,115 | 38,615 | 14,025 | 38,115 | 47,615 | 26,025 | 392,020 | 240,830 |

# EXHIBIT A