## BLT Restaurant Group LLC
## Summary of Contributions and Distributions

| Year | Capital Contributions | Capital Distributions | Net Contribution For Year | Cumulative Net Contributions |
|---|---|---|---|---|
| 2005 | $ - | $ 18,650.00 | $ (18,650.00) | $ (18,650.00) |
| 2006 | - | 45,000.00 | (45,000.00) | (63,650.00) |
| 2007 | - | - | - | (63,650.00) |
| 2008 | - | - | - | (63,650.00) |
| 2009 | - | - | - | (63,650.00) |
| 2010 | 19,160,057.00 | 3,629,071.00 | 15,530,986.00 | 15,467,336.00 |
| 2011 | 3,340,000.00 | 1,050,000.00 | 2,290,000.00 | 17,757,336.00 |
| 2012 | 338,764.51 | - | 338,764.51 | 18,096,100.51 |
| 2013 | 5,352,000.00 | - | 5,352,000.00 | 23,448,100.51 |
| 2014 | 2,930,000.00 | - | 2,930,000.00 | 26,378,100.51 |
| 2015 | 3,685,000.00 | - | 3,685,000.00 | 30,063,100.51 |
| 2016 | (29,954.53) | 315,383.35 | (345,337.88) | 29,717,762.63 |
| 2017 | 1,386,471.15 | 50,000.00 | 1,336,471.15 | 31,054,233.78 |
| 2018 | 1,565,000.00 | - | 1,565,000.00 | 32,619,233.78 |
| 2019 | - | 130,000.00 | (130,000.00) | 32,489,233.78 |
| 2020 | - | | - | 32,489,233.78 |
| 2021 | - | | - | 32,489,233.78 |
| 2022 | - | | - | 32,489,233.78 |
| Total | 37,727,338.13 | 5,238,104.35 | 32,489,233.78 | |

**BLT Restaurant Group LLC**
JL Holdings 2002 Note Payable
As of April 22, 2022

| Date | Name | Amount |
|---|---|---:|
| 03/07/2019 | JL Holdings 2002 LLC | $ 100,000 |
| 03/07/2019 | JL Holdings 2002 LLC | 100,000 |
| 03/20/2019 | JL Holdings 2002 LLC | 60,000 |
| 03/21/2019 | JL Holdings 2002 LLC | 100,000 |
| 03/22/2019 | JL Holdings 2002 LLC | 30,000 |
| 03/22/2019 | JL Holdings 2002 LLC | 30,000 |
| 03/27/2019 | JL Holdings 2002 LLC | 20,000 |
| 04/02/2019 | JL Holdings 2002 LLC | 30,000 |
| 04/03/2019 | JL Holdings 2002 LLC | 20,000 |
| 04/09/2019 | JL Holdings 2002 LLC | 20,000 |
| 04/10/2019 | JL Holdings 2002 LLC | 50,000 |
| 04/10/2019 | JL Holdings 2002 LLC | 10,000 |
| 05/03/2019 | JL Holdings 2002 LLC | 50,000 |
| 05/09/2019 | JL Holdings 2002 LLC | 5,000 |
| 05/22/2019 | JL Holdings 2002 LLC | 25,000 |
| 05/23/2019 | JL Holdings 2002 LLC | 100,000 |
| 05/29/2019 | JL Holdings 2002 LLC | 20,000 |
| 06/04/2019 | JL Holdings 2002 LLC | 40,000 |
| 06/06/2019 | JL Holdings 2002 LLC | 45,000 |
| 06/11/2019 | JL Holdings 2002 LLC | 10,000 |
| 06/13/2019 | JL Holdings 2002 LLC | 50,000 |
| 06/18/2019 | JL Holdings 2002 LLC | 75,000 |
| 06/20/2019 | JL Holdings 2002 LLC | 100,000 |
| 06/30/2019 | JL Holdings 2002 LLC | 100,000 |
| 07/01/2019 | JL Holdings 2002 LLC | 20,000 |
| 07/08/2019 | JL Holdings 2002 LLC | 70,000 |
| 07/11/2019 | JL Holdings 2002 LLC | 60,000 |
| 07/12/2019 | JL Holdings 2002 LLC | 35,000 |
| 07/15/2019 | JL Holdings 2002 LLC | 40,000 |
| 07/18/2019 | JL Holdings 2002 LLC | 80,000 |
| 07/25/2019 | JL Holdings 2002 LLC | 40,000 |
| 08/01/2019 | JL Holdings 2002 LLC | 60,000 |
| 08/07/2019 | JL Holdings 2002 LLC | 20,000 |
| 08/08/2019 | JL Holdings 2002 LLC | 150,000 |
| 08/09/2019 | JL Holdings 2002 LLC | 20,000 |
| 08/09/2019 | JL Holdings 2002 LLC | 30,000 |
| 08/12/2019 | JL Holdings 2002 LLC | 50,000 |
| 08/15/2019 | JL Holdings 2002 LLC | 75,000 |
| 08/20/2019 | JL Holdings 2002 LLC | 25,000 |
| 08/22/2019 | JL Holdings 2002 LLC | 100,000 |
| 08/28/2019 | JL Holdings 2002 LLC | 50,000 |
| 09/05/2019 | JL Holdings 2002 LLC | 60,000 |
| 09/09/2019 | JL Holdings 2002 LLC | 100,000 |
| 09/11/2019 | JL Holdings 2002 LLC | 10,000 |
| 09/12/2019 | JL Holdings 2002 LLC | 30,000 |
| 09/19/2019 | JL Holdings 2002 LLC | 85,000 |
| 09/23/2019 | JL Holdings 2002 LLC | 40,000 |
| 09/24/2019 | JL Holdings 2002 LLC | 10,000 |
| 09/26/2019 | JL Holdings 2002 LLC | 30,000 |
| 09/26/2019 | JL Holdings 2002 LLC | 10,000 |
| 09/27/2019 | JL Holdings 2002 LLC | 10,000 |
| 09/30/2019 | JL Holdings 2002 LLC | 30,000 |

**BLT Restaurant Group LLC**
JL Holdings 2002 Note Payable
As of April 22, 2022

| Date | Name | Amount |
|---|---|---:|
| 10/03/2019 | JL Holdings 2002 LLC | 40,000 |
| 10/10/2019 | JL Holdings 2002 LLC | 50,000 |
| 10/11/2019 | JL Holdings 2002 LLC | 25,000 |
| 10/17/2019 | JL Holdings 2002 LLC | 20,000 |
| 10/23/2019 | JL Holdings 2002 LLC | 15,000 |
| 10/28/2019 | JL Holdings 2002 LLC | 20,000 |
| 10/31/2019 | JL Holdings 2002 LLC | 25,000 |
| 10/31/2019 | JL Holdings 2002 LLC | 20,000 |
| 11/07/2019 | JL Holdings 2002 LLC | 90,000 |
| 11/07/2019 | JL Holdings 2002 LLC | 70,000 |
| 11/14/2019 | JL Holdings 2002 LLC | 45,000 |
| 11/19/2019 | JL Holdings 2002 LLC | 25,000 |
| 11/21/2019 | JL Holdings 2002 LLC | 25,000 |
| 11/26/2019 | JL Holdings 2002 LLC | 25,000 |
| 11/27/2019 | JL Holdings 2002 LLC | 40,000 |
| 11/29/2019 | JL Holdings 2002 LLC | 50,000 |
| 12/05/2019 | JL Holdings 2002 LLC | 50,000 |
| 12/05/2019 | JL Holdings 2002 LLC | 25,000 |
| 12/05/2019 | JL Holdings 2002 LLC | 45,000 |
| 12/12/2019 | JL Holdings 2002 LLC | 135,000 |
| 12/20/2019 | JL Holdings 2002 LLC | 10,000 |
| 12/23/2019 | JL Holdings 2002 LLC | 75,000 |
| | **Total 2019** | **$ 3,455,000** |
| 01/02/2020 | JL Holdings 2002 LLC | $ 20,000 |
| 01/09/2020 | JL Holdings 2002 LLC | 25,000 |
| 01/20/2020 | JL Holdings 2002 LLC | 25,000 |
| 01/24/2020 | JL Holdings 2002 LLC | 20,000 |
| 03/09/2020 | JL Holdings 2002 LLC | 50,000 |
| 03/12/2020 | JL Holdings 2002 LLC | 150,000 |
| 03/19/2020 | JL Holdings 2002 LLC | 115,000 |
| 03/20/2020 | JL Holdings 2002 LLC | 20,000 |
| 03/20/2020 | JL Holdings 2002 LLC | 30,000 |
| 03/20/2020 | JL Holdings 2002 LLC | 50,000 |
| 03/26/2020 | JL Holdings 2002 LLC | 60,000 |
| 03/26/2020 | JL Holdings 2002 LLC | 20,000 |
| 03/29/2020 | JL Holdings 2002 LLC | 40,000 |
| 03/31/2020 | JL Holdings 2002 LLC | 50,000 |
| 04/01/2020 | JL Holdings 2002 LLC | 150,000 |
| 04/03/2020 | JL Holdings 2002 LLC | 50,000 |
| 04/10/2020 | JL Holdings 2002 LLC | 30,000 |
| 04/16/2020 | JL Holdings 2002 LLC | 10,000 |
| 04/22/2020 | JL Holdings 2002 LLC | 50,000 |
| 04/23/2020 | JL Holdings 2002 LLC | 35,000 |
| 04/24/2020 | JL Holdings 2002 LLC | 20,000 |
| 04/30/2020 | JL Holdings 2002 LLC | 60,000 |
| 05/05/2020 | JL Holdings 2002 LLC | 50,000 |
| 05/14/2020 | JL Holdings 2002 LLC | 15,000 |
| 05/15/2020 | JL Holdings 2002 LLC | 10,000 |
| 05/21/2020 | JL Holdings 2002 LLC | 15,000 |
| 05/28/2020 | JL Holdings 2002 LLC | 25,000 |
| 06/02/2020 | JL Holdings 2002 LLC | 10,000 |

**BLT Restaurant Group LLC**
JL Holdings 2002 Note Payable
As of April 22, 2022

| Date | Name | Amount |
|---|---|---:|
| 06/02/2020 | JL Holdings 2002 LLC | 10,000 |
| 06/04/2020 | JL Holdings 2002 LLC | 25,000 |
| 06/05/2020 | JL Holdings 2002 LLC | 5,000 |
| 06/18/2020 | JL Holdings 2002 LLC | 20,000 |
| 06/25/2020 | JL Holdings 2002 LLC | 25,000 |
| 06/30/2020 | JL Holdings 2002 LLC | 30,000 |
| 07/01/2020 | JL Holdings 2002 LLC | 60,000 |
| 07/02/2020 | JL Holdings 2002 LLC | 30,000 |
| 07/09/2020 | JL Holdings 2002 LLC | 25,000 |
| 07/09/2020 | JL Holdings 2002 LLC | 5,000 |
| 07/10/2020 | JL Holdings 2002 LLC | 10,000 |
| 07/10/2020 | JL Holdings 2002 LLC | 25,000 |
| 07/13/2020 | JL Holdings 2002 LLC | 120,000 |
| 07/13/2020 | JL Holdings 2002 LLC | 5,000 |
| 07/15/2020 | JL Holdings 2002 LLC | 5,000 |
| 07/16/2020 | JL Holdings 2002 LLC | 25,000 |
| 07/17/2020 | JL Holdings 2002 LLC | 20,000 |
| 07/23/2020 | JL Holdings 2002 LLC | 40,000 |
| 07/30/2020 | JL Holdings 2002 LLC | 10,000 |
| 07/31/2020 | JL Holdings 2002 LLC | 10,000 |
| 08/04/2020 | JL Holdings 2002 LLC | 20,000 |
| 08/06/2020 | JL Holdings 2002 LLC | 70,000 |
| 08/13/2020 | JL Holdings 2002 LLC | 40,000 |
| 08/20/2020 | JL Holdings 2002 LLC | 40,000 |
| 08/21/2020 | JL Holdings 2002 LLC | 20,000 |
| 08/27/2020 | JL Holdings 2002 LLC | 25,000 |
| 09/03/2020 | JL Holdings 2002 LLC | 40,000 |
| 09/10/2020 | JL Holdings 2002 LLC | 50,000 |
| 09/17/2020 | JL Holdings 2002 LLC | 30,000 |
| 10/08/2020 | JL Holdings 2002 LLC | 20,000 |
| 10/16/2020 | JL Holdings 2002 LLC | 20,000 |
| 11/05/2020 | JL Holdings 2002 LLC | 60,000 |
| 12/23/2020 | JL Holdings 2002 LLC | 80,000 |
| **Total 2020** | | **$ 2,225,000** |
| 03/18/2021 | JL Holdings 2002 LLC | $ 100,000 |
| 03/25/2021 | JL Holdings 2002 LLC | 50,000 |
| 09/01/2021 | JL Holdings 2002 LLC | 100,000 |
| 09/01/2021 | JL Holdings 2002 LLC | 50,000 |
| 09/09/2021 | JL Holdings 2002 LLC | 75,000 |
| 09/10/2021 | JL Holdings 2002 LLC | 50,000 |
| 09/13/2021 | JL Holdings 2002 LLC | 15,000 |
| 09/13/2021 | JL Holdings 2002 LLC | 5,000 |
| 09/16/2021 | JL Holdings 2002 LLC | 70,000 |
| 09/16/2021 | JL Holdings 2002 LLC | 15,000 |
| 09/20/2021 | JL Holdings 2002 LLC | 78,000 |
| 09/23/2021 | JL Holdings 2002 LLC | 30,000 |
| 09/28/2021 | JL Holdings 2002 LLC | 25,000 |
| 09/30/2021 | JL Holdings 2002 LLC | 40,000 |
| 10/04/2021 | JL Holdings 2002 LLC | 5,000 |
| 10/07/2021 | JL Holdings 2002 LLC | 45,000 |
| 10/14/2021 | JL Holdings 2002 LLC | 35,000 |

## BLT Restaurant Group LLC
### JL Holdings 2002 Note Payable
### As of April 22, 2022

| Date | Name | Amount |
|---|---|---:|
| 10/20/2021 | JL Holdings 2002 LLC | 5,000 |
| 10/21/2021 | JL Holdings 2002 LLC | 10,000 |
| 10/21/2021 | JL Holdings 2002 LLC | 45,000 |
| 10/28/2021 | JL Holdings 2002 LLC | 25,000 |
| 11/04/2021 | JL Holdings 2002 LLC | 125,000 |
| 11/04/2021 | JL Holdings 2002 LLC | 20,000 |
| 11/11/2021 | JL Holdings 2002 LLC | 28,000 |
| 11/15/2021 | JL Holdings 2002 LLC | 5,000 |
| 11/18/2021 | JL Holdings 2002 LLC | 45,000 |
| 11/18/2021 | JL Holdings 2002 LLC | 10,000 |
| 11/24/2021 | JL Holdings 2002 LLC | 35,000 |
| 12/02/2021 | JL Holdings 2002 LLC | 40,000 |
| 12/09/2021 | JL Holdings 2002 LLC | 20,000 |
| 12/09/2021 | JL Holdings 2002 LLC | 20,000 |
| 12/15/2021 | JL Holdings 2002 LLC | 20,000 |
| 12/16/2021 | JL Holdings 2002 LLC | 50,000 |
| 12/23/2021 | JL Holdings 2002 LLC | 20,000 |
| 12/30/2021 | JL Holdings 2002 LLC | 30,000 |
| | **Total 2021** | **$ 1,341,000** |
| 01/04/2022 | JL Holdings 2002 LLC | $ 30,000 |
| 01/06/2022 | JL Holdings 2002 LLC | 110,000 |
| 01/13/2022 | JL Holdings 2002 LLC | 70,000 |
| 01/20/2022 | JL Holdings 2002 LLC | 15,000 |
| 01/31/2022 | JL Holdings 2002 LLC | 25,000 |
| 02/03/2022 | JL Holdings 2002 LLC | 80,000 |
| 02/10/2022 | JL Holdings 2002 LLC | 50,000 |
| 02/10/2022 | JL Holdings 2002 LLC | 10,000 |
| 02/17/2022 | JL Holdings 2002 LLC | 85,000 |
| 02/24/2022 | JL Holdings 2002 LLC | 30,000 |
| 02/28/2022 | JL Holdings 2002 LLC | 20,000 |
| 03/03/2022 | JL Holdings 2002 LLC | 60,000 |
| 03/04/2022 | JL Holdings 2002 LLC | 20,000 |
| 03/04/2022 | JL Holdings 2002 LLC | 5,000 |
| 03/10/2022 | JL Holdings 2002 LLC | 60,000 |
| 03/16/2022 | JL Holdings 2002 LLC | 50,000 |
| 03/16/2022 | JL Holdings 2002 LLC | 10,000 |
| 03/17/2022 | JL Holdings 2002 LLC | 30,000 |
| 03/17/2022 | JL Holdings 2002 LLC | 10,000 |
| 03/17/2022 | JL Holdings 2002 LLC | 40,000 |
| | **Total 2022** | **$ 810,000** |
| | **Total Note Payable** | **$ 7,831,000** |