# EXHIBIT C

4/6/2022 5:28 PM

## BLT Restaurant Group LLC
### Consolidating Balance Sheet
### As of February 27, 2022

| | Combined | BLT Restaurant Group | BLT Steak NY | BLT Waikiki | BLT Burger DC LLC | Casa Nonna NYC | BLT Prime Lexington | Total | Eliminations | Combined |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | | | | |
| Cash | $ 372,622 | $ 161,084 | $ 20,829 | $ 77,698 | $ 3,478 | $ 9,141 | 100,391 | $ 372,622 | $ - | $ 372,622 |
| | | | | | | | | | | |
| Accounts Receivable | | | | | | | | | | |
| Credit Cards Receivable | 138,014 | - | 40,131 | 52,441 | | - | 45,443 | 138,014 | - | 138,014 |
| Company Receivable - Owned Restaurants | - | 221,049 | | | | | - | 221,049 | (221,049) | - |
| Company Receivable - Non Owned Restaurants | 23,571 | 23,571 | | | | | - | 23,571 | - | 23,571 |
| Management/License Fees Receivable | 72,307 | 133,238 | | | | | - | 133,238 | (60,931) | 72,307 |
| Management Fee Receivables | - | - | | | | | - | - | - | - |
| Due from Partially Owned Restaurants | 26,775 | 26,775 | | | | | - | 26,775 | - | 26,775 |
| Loan Receivable - Esquared Hospitality | 1,330,272 | 1,330,272 | | | | | - | 1,330,272 | - | 1,330,272 |
| Other Receivables | 22,866 | 22,866 | - | - | | - | - | 22,866 | - | 22,866 |
| Total Accounts Receivable | 1,613,805 | 1,757,770 | 40,131 | 52,441 | - | - | 45,443 | 1,895,785 | (281,980) | 1,613,805 |
| | | | | | | | | | | |
| Inventory | | | | | | | | | | |
| Wine | 151,682 | - | 36,637 | 59,004 | - | - | 56,041 | 151,682 | - | 151,682 |
| Beverage | 150,967 | - | 93,688 | 18,152 | - | - | 39,127 | 150,967 | - | 150,967 |
| Total Inventory | 302,649 | - | 130,325 | 77,156 | - | - | 95,168 | 302,649 | - | 302,649 |
| | | | | | | | | | | |
| Total Current Assets | 2,289,076 | 1,918,855 | 191,285 | 207,295 | 3,478 | 9,141 | 241,002 | 2,571,056 | (281,980) | 2,289,076 |
| | | | | | | | | | | |
| Fixed Assets, Net of Accumulated Depreciation | 1,128,320 | - | 1,128,320 | - | - | - | - | 1,128,320 | - | 1,128,320 |
| | | | | | | | | | | |
| Other Assets | | | | | | | | | | |
| Security Deposit | 113,317 | 95,698 | 11,419 | 6,200 | - | - | - | 113,317 | - | 113,317 |
| Other Assets | - | - | - | - | - | - | - | - | - | - |
| Construction in Process | - | - | | | - | - | - | - | - | - |
| Investment in Operating Restaurants | - | 948,819 | | | - | - | - | 948,819 | (948,819) | - |
| Investment in Restaurants in Development | - | - | | | - | - | - | - | - | - |
| Investments - Related | (429,937) | (429,936) | | | - | - | - | (429,937) | - | (429,937) |
| Total Other Assets | (316,620) | 614,581 | 11,419 | 6,200 | - | - | - | 632,199 | (948,819) | (316,620) |
| | | | | | | | | | | |
| **TOTAL ASSETS** | $ 3,100,776 | $ 2,533,436 | $ 1,331,024 | $ 213,495 | $ 3,478 | $ 9,141 | $ 241,002 | $ 4,331,575 | $ (1,230,799) | $ 3,100,776 |
| | | | | | | | | | | |
| **LIABILITIES & EQUITY** | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | |
| Accounts Payable | $ 403,837 | $ 96,074 | $ 111,321 | $ 63,798 | $ - | $ - | $ 132,644 | $ 403,837 | $ - | $ 403,837 |
| Accounts Payable (Receivable)- Due To/From | 1,406 | - | - | 283,386 | - | - | - | 283,386 | (281,980) | 1,406 |
| Accrued Rent | 70,517 | - | | 70,517 | | | | 70,517 | | 70,517 |
| PDR Deposits | 7,649 | - | 5,608 | - | - | - | 2,042 | 7,649 | - | 7,649 |
| Accrued Payroll | 167,776 | 86,054 | 20,288 | 23,446 | - | - | 37,988 | 167,776 | - | 167,776 |
| Due to LTUS Corp | 97,142 | 97,142 | | | - | | - | 97,142 | - | 97,142 |
| Gift Certificates | 792,761 | 584,075 | 134,744 | 73,942 | - | - | - | 792,761 | - | 792,761 |
| Sales Tax Payable | 68,233 | - | 2,970 | 13,869 | - | 23,423 | 27,975 | 68,237 | - | 68,233 |
| Total Current Liabilities | 1,609,321 | 863,344 | 274,932 | 528,959 | - | 23,423 | 200,649 | 1,891,305 | (281,980) | 1,609,321 |
| | | | | | | | | | | |
| **Long Term Liabilities** | | | | | | | | | | |
| Note Payable - JL Holdings 2002 | 7,526,000 | 7,526,000 | - | - | - | - | - | 7,526,000 | - | 7,526,000 |
| SBA Note Payable - Blue Ridge Bank | 1,321,656 | 1,321,656 | - | - | - | - | - | 1,321,656 | - | 1,321,656 |
| Total Long Term Liabilities | 8,847,656 | 8,847,656 | - | - | - | - | - | 8,847,656 | - | 8,847,656 |
| | | | | | | | | | | |
| **Members Equity** | | | | | | | | | | |
| JL Holdings | (8,758,664) | (8,758,667) | - | - | - | - | - | (8,758,667) | - | (8,758,664) |
| Current Net Income/(Loss) | 1,402,460 | 1,581,101 | (123,779) | (48,567) | | | (6,296) | 1,402,460 | | 1,402,460 |
| Total Members Equity | (7,356,203) | (7,177,565) | 1,056,092 | (315,464) | 3,478 | (14,281) | 40,353 | (6,407,387) | (948,819) | (7,356,203) |
| | | | | | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | $ 3,100,776 | $ 2,533,436 | $ 1,331,024 | $ 213,495 | $ 3,478 | $ 9,141 | $ 241,002 | $ 4,331,574 | $ (1,230,799) | $ 3,100,776 |

BLT Restaurant Group LLC
Consolidating Profit & Loss
As of February 27, 2022

| | Combined | BLT Restaurant Group | BLT Steak NY | BLT Waikiki | BLT Burger DC LLC | Casa Nonna NYC | BLT Prime Lexington | Total | Eliminations | Combined |
|---|---|---|---|---|---|---|---|---|---|---|
| **Restaurant Sales** | | | | | | | | | | |
| Dinner | $ 957,143 | $ - | $ 258,709 | $ 276,977 | | $ - | $ 421,457 | $ 957,143 | $ - | $ 957,143 |
| Lunch | - | - | - | - | | - | - | - | - | - |
| Breakfast | - | - | - | - | | - | - | - | - | - |
| Take Out/Delivery | 255,349 | - | 88,780 | 5,301 | | - | 161,269 | 255,349 | - | 255,349 |
| Bar Sales | 126,482 | - | 7,251 | 63,112 | | - | 56,119 | 126,482 | - | 126,482 |
| Parties | 23,534 | - | 4,761 | 18,773 | | - | - | 23,534 | - | 23,534 |
| **Total Sales** | **1,362,508** | **-** | **359,501** | **364,162** | **-** | **-** | **638,844** | **1,362,508** | **-** | **1,362,508** |
| | | | | | | | | | | |
| **Cost of Sales** | **464,322** | **-** | **125,089** | **127,840** | | **-** | **211,393** | **464,322** | **-** | **464,322** |
| | | | | | | | | | | |
| **Gross Profit-Operating Restaurants** | **898,186** | **-** | **234,412** | **236,322** | **-** | **-** | **427,452** | **898,186** | **-** | **898,186** |
| | | | | | | | | | | |
| Gross Profit-Operating Restaurants % | 65.9% | | 65.2% | 64.9% | | 0.0% | 66.9% | 65.9% | | 65.9% |
| | | | | | | | | | | |
| **Other Revenue** | | | | | | | | | | |
| **Pass Through Income** | | | | | | | | | | |
| Pass Through Income/(Loss) from Steak DC | (70,305) | (70,305) | - | - | - | - | - | (70,305) | - | (70,305) |
| **Total Pass Through Income** | **(70,305)** | **(70,305)** | **-** | **-** | **-** | **-** | **-** | **(70,305)** | **-** | **(70,305)** |
| | | | | | | | | | | |
| **License Fee Income** | | | | | | | | | | |
| License Fee Income, Non-Company Owned Stores | 200,147 | 200,147 | - | - | - | - | - | 200,147 | - | 200,147 |
| License Fee Income, Non-Company Owned Stores-LTUS | 12,316 | 12,316 | | | | | | 12,316 | - | 12,316 |
| **Total License Fee Income** | **212,463** | **212,463** | **-** | **-** | **-** | **-** | **-** | **212,463** | **-** | **212,463** |
| | | | | | | | | | | |
| Management Fee Income, Related Party | 2,847 | 18,223 | - | - | - | - | - | 18,223 | (15,376) | 2,847 |
| Other Income | - | - | - | - | - | - | - | - | | - |
| **Total Other Income** | **215,309** | **230,685** | **-** | **-** | **-** | **-** | **-** | **230,685** | **(15,376)** | **215,309** |
| | | | | | | | | | | |
| **Total Other Revenue** | **145,004** | **160,380** | **-** | **-** | **-** | **-** | **-** | **160,380** | **(15,376)** | **145,004** |
| | | | | | | | | | | |
| **Gross Profit-All Restaurants and Fees** | **1,043,190** | **160,380** | **234,412** | **236,322** | **-** | **-** | **427,452** | **1,058,566** | **(15,376)** | **1,043,190** |
| | | | | | | | | | | |
| **PDR Income** | | | | | | | | | | |
| Admin Fee | 668 | | 538 | 130 | | - | - | 668 | | 668 |
| Comission Paid Out | (482) | | (482) | - | | - | - | (482) | | (482) |
| Room Rental | - | | - | - | | - | - | - | | - |
| **Net PDR Income** | **186** | **-** | **55** | **130** | **-** | **-** | **-** | **186** | **-** | **186** |
| | | | | | | | | | | |
| **Payroll Expenses** | | | | | | | | | | |
| Payroll | 705,970 | 292,195 | 149,191 | 101,954 | | - | 162,630 | 705,970 | - | 705,970 |
| Bonus | - | - | - | - | | - | - | - | - | - |
| Additional Party Planner Payroll | - | - | - | - | | - | - | - | - | - |
| Payroll Taxes | 96,188 | 28,471 | 23,576 | 14,459 | | - | 29,682 | 96,188 | - | 96,188 |
| Payroll Services | 6,024 | 915 | 1,802 | 1,637 | | - | 1,669 | 6,024 | - | 6,024 |
| Employee Benefits | 69,547 | 43,190 | 3,661 | 8,190 | | - | 14,506 | 69,547 | - | 69,547 |
| **Total Payroll Expenses** | **877,729** | **364,772** | **178,231** | **126,240** | **-** | **-** | **208,487** | **877,729** | **-** | **877,729** |
| | | | | | | | | | | |
| **Variable Operating Expenses** | | | | | | | | | | |
| Reservation System | 9,845 | - | 2,431 | 4,010 | | - | 3,404 | 9,845 | - | 9,845 |
| Supplies - Restaurant | 16,807 | - | 4,932 | 1,672 | | - | 10,204 | 16,807 | - | 16,807 |
| Supplies - Kitchen | 11,489 | - | 4,168 | 2,855 | | - | 4,467 | 11,489 | - | 11,489 |
| Supplies - Cleaning | 8,668 | - | 1,852 | 3,948 | | - | 2,868 | 8,668 | - | 8,668 |
| Supplies - Office | 3,945 | 939 | 942 | 1,413 | | - | 652 | 3,945 | - | 3,945 |
| China & Glassware | 3,751 | - | 1,934 | - | | - | 1,816 | 3,751 | - | 3,751 |
| Credit Card Charges | 34,293 | 282 | 8,533 | 10,085 | | - | 15,393 | 34,293 | - | 34,293 |
| Delivery Commissions | 20,030 | - | 16,766 | 760 | | - | 2,504 | 20,030 | - | 20,030 |
| Linen & Uniforms | 31,420 | - | 5,025 | 2,298 | | - | 24,096 | 31,420 | - | 31,420 |
| **Total Variable Operating Expenses** | **140,249** | **1,221** | **46,583** | **27,040** | **-** | **-** | **65,405** | **140,249** | **-** | **140,249** |
| | | | | | -  | | | | | |

BLT Restaurant Group LLC
Consolidating Profit & Loss
As of February 27, 2022

| | Combined | BLT Restaurant Group | BLT Steak NY | BLT Waikiki | BLT Burger DC LLC | Casa Nonna NYC | BLT Prime Lexington | Total | Eliminations | Combined |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fixed Operating Expenses** | | | | | | | | | | |
| Repairs & Maintenance | 54,345 | 500 | 9,576 | 16,863 | | - | 27,406 | 54,345 | - | 54,345 |
| Repairs & Maintenance - Recurring | 23,357 | 3,362 | 4,360 | 8,779 | | - | 6,856 | 23,357 | - | 23,357 |
| Help Wanted | 4,807 | - | 1,399 | 2,794 | | - | 614 | 4,807 | - | 4,807 |
| Professional | 88,471 | 77,221 | - | 11,250 | - | - | - | 88,471 | | 88,471 |
| Equipment Rental | 1,633 | - | 588 | | | - | 1,046 | 1,633 | - | 1,633 |
| Utilities | 86,235 | 995 | 28,209 | 30,520 | | - | 26,510 | 86,235 | - | 86,235 |
| Insurance, Business & Liability | 19,279 | 2,464 | 2,964 | 9,584 | | - | 4,266 | 19,279 | | 19,279 |
| Insurance, Workers Comp | 14,717 | 238 | 4,306 | 4,734 | | - | 5,440 | 14,717 | | 14,717 |
| Office | 2,676 | 2,136 | 38 | 158 | | - | 344 | 2,676 | | 2,676 |
| Travel, Entertainment, Meals & Snacks | 7,139 | 6,855 | 267 | - | | - | 17 | 7,139 | - | 7,139 |
| Flowers & Decorations | 33 | - | 33 | - | | - | - | 33 | - | 33 |
| Advertising & Promotion | 1,152 | 768 | 365 | 19 | | - | - | 1,152 | - | 1,152 |
| Public Relations | - | - | - | | | - | - | - | - | - |
| Party Expense | - | - | - | | | - | - | - | - | - |
| Computer Services | 49,436 | 40,912 | 2,739 | 1,773 | | - | 4,013 | 49,436 | - | 49,436 |
| Freight & Messengers | 829 | 824 | - | - | | - | 5 | 829 | - | 829 |
| Cash Over & Short | - | - | - | - | | - | | - | - | - |
| Fines & Penalties | - | - | - | | | - | - | - | | - |
| Consulting Fees - LTUS Corp | 21,949 | 21,949 | - | | | - | | 21,949 | - | 21,949 |
| Consulting Fees | - | - | - | | | - | | - | | - |
| Other (Income) Expense | - | - | - | | | - | | - | - | - |
| Charitable Donations | - | - | - | | | - | - | - | - | - |
| Licenses & Permits | - | - | - | - | | - | - | - | | - |
| Dues & Subscriptions/Venuebook | - | - | - | | | - | | - | - | - |
| Valet Parking | 6,429 | - | - | 6,429 | | - | | 6,429 | - | 6,429 |
| Telephone | 8,520 | 3,329 | 3,502 | 581 | | - | 1,108 | 8,520 | - | 8,520 |
| **Total Fixed Operating Expenses** | 391,007 | 161,551 | 58,345 | 93,485 | - | - | 77,625 | 391,006 | - | 391,007 |
| | | | | | | | | | | |
| **Total Operating Expenses** | 1,408,985 | 527,544 | 283,159 | 246,765 | - | - | 351,517 | 1,408,984 | - | 1,408,985 |
| | | | | | | | | | | |
| **EBITDA before Occupancy and Management Fee from Continuing Operations** | (365,609) | (367,163) | (48,691) | (10,312) | - | - | 75,935 | (350,232) | (15,376) | (365,609) |
| Rent | 195,895 | 49,045 | 50,000 | 21,850 | | - | 75,000 | 195,895 | - | 195,895 |
| Real Estate Taxes | 7,320 | 86 | - | | | - | 7,230 | 7,317 | - | 7,320 |
| Personal Property tax | - | - | - | | | | | - | | - |
| Commercial Rent Taxes/Sundry Taxes | 3,633 | 2,604 | - | 1,030 | | - | | 3,633 | - | 3,633 |
| Management Fee, Related Party (to be eliminated) | - | - | - | 15,376 | | - | - | 15,376 | (15,376) | - |
| Ritz Accounting Fee | - | - | - | - | | - | | - | | - |
| **Total Occupancy and Management Fee Expenses** | 206,848 | 51,735 | 50,000 | 38,255 | - | - | 82,230 | 222,221 | (15,376) | 206,848 |
| | | | | | | | | | | |
| **EBITDA from Continuing Operations** | (572,457) | (418,899) | (98,691) | (48,567) | - | - | (6,296) | (572,453) | - | (572,457) |
| | | | | | | | | | | |
| **Non-Operating Expenses** | | | | | | | | | | |
| Project Expenses (Ongoing Projects) | - | - | - | - | - | - | - | - | - | - |
| Litigation Settlement | - | - | - | - | - | - | - | - | - | - |
| Restaurant Closing/Fixed Assets Disposal/Sale of FA | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Expenses** | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| **EBITDA** | (572,457) | (418,899) | (98,691) | (48,567) | - | - | (6,296) | (572,453) | - | (572,457) |
| | | | | | | | | | | |
| **Taxes & Depreciation** | | | | | | | | | | |
| Depreciation & Amortization | 25,083 | - | 25,087 | | - | - | - | 25,083 | - | 25,083 |
| Interest Expense | - | - | - | | - | - | | - | - | - |
| Loan Forgiveness | (2,000,000) | (2,000,000) | - | | - | - | | (2,000,000) | - | (2,000,000) |
| **Subtotal** | (1,974,917) | (2,000,000) | 25,087 | - | - | - | - | (1,974,917) | - | (1,974,917) |
| | | | | | | | | | | |
| **Total Net Income (Loss)** | $ 1,402,460 | $ 1,581,101 | $ (123,779) | $ (48,567) | $ - | $ - | $ (6,296) | $ 1,402,461 | $ - | $ 1,402,460 |