**BLT Restaurant Group**
**Case Number 22-10335**
**Receipts**
**Stub period-March 19 through April 3, 2022**

| Entity | Date | Amount | Purpose |
|--------|------|-------:|---------|
| BLT Steak DC | 03/21/22 | $ 1,254.57 | Management Fees |
| Square Inc. | 03/22/22 | 169.32 | Gift Card Sales |
| Square Inc. | 03/23/22 | 242.45 | Gift Card Sales |
| BLT Steak Charlotte | 03/24/22 | 1,643.00 | Management Fees |
| Square Inc. | 03/24/22 | 485.20 | Gift Card Sales |
| Square Inc. | 03/25/22 | 96.80 | Gift Card Sales |
| Trump OPO | 03/25/22 | 1,396.57 | Management Fees |
| BLT Prime Doral | 03/25/22 | 2,871.77 | Management Fees |
| The Florentine | 03/25/22 | 2,157.23 | Management Fees |
| BLT Steak DC | 03/28/22 | 1,346.18 | Management Fees |
| Square Inc. | 03/29/22 | 193.90 | Gift Card Sales |
| Square Inc. | 03/30/22 | 338.94 | Gift Card Sales |
| The Florentine | 03/31/22 | 2,329.46 | Management Fees |
| BLT Steak Charlotte | 03/31/22 | 1,767.51 | Management Fees |
| Trump OPO | 03/31/22 | 1,626.67 | Management Fees |
| BLT Prime Doral | 03/31/22 | 3,746.73 | Management Fees |
| Square Inc. | 03/31/22 | 193.90 | Gift Card Sales |
| BLT Steak Roppongi | 04/01/22 | 6,568.79 | License Fees |
| **Total Receipts** | | **28,428.99** | |

**BLT Restaurant Group**
**Case Number 22-10335**
**Disbursements**
**Stub period-March 19 through April 3, 2022 (end of Fiscal Q1)**

| Entity | Date | Amount | Purpose |
|---|---|---|---|
| Paylocity | 03/24/22 | $ 21,961.84 | Payroll-Direct Deposit |
| Paylocity | 03/24/22 | 11,510.87 | Payroll-Taxes |
| Paylocity | 03/24/22 | 460.44 | Payroll Processing |
| ForUsAll | 03/24/22 | 4,447.65 | 401K |
| BLT Steak LLC | 03/24/22 | 20,000.00 | Funding for Cash Shortfall |
| Fresh Direct | 03/24/22 | 118.62 | Office Groceries |
| Paylocity | 03/31/22 | $ 21,961.84 | Payroll-Direct Deposit |
| Paylocity | 03/31/22 | 11,510.87 | Payroll-Taxes |
| ForUsAll | 03/31/22 | 4,447.65 | 401K |
| Deluxe for Business | 03/31/22 | 200.27 | Checks for DIP account |
| Fed Ex | 04/01/22 | 116.42 | Postage |

**Total Disbursements**      **$ 96,736.47**

## BLT RESTAURANT GROUP LLC
### Balance Sheet
### As of April 3, 2022

**Case Number 22-10335**

| | 04/03/22 |
|---|---|
| **ASSETS** | |
| **Cash** | |
| Signature DIP-Operating | $ 74,926 |
| Signature DIP-Payroll | 1,180 |
| Petty Cash | 2,000 |
| **Cash** | **$ 78,106** |
| | |
| **Other Current Assets** | |
| License/Management Fees Receivable | 153,601 |
| Other Receivables | 25,534 |
| **Total Other Current Assets** | **179,135** |
| | |
| **Total Current Assets** | **257,241** |
| | |
| **Other Assets** | |
| Security Deposit | 95,698 |
| Pre-paid Arbitration Fees | 49,200 |
| Company Receivable - Owned Restaurants | 236,751 |
| Due from Partially Owned Restaurants | 32,459 |
| Investment in Operating Restaurants | 962,819 |
| Loan Receivable | 1,330,272 |
| Investments - Others | (395,246) |
| **Total Other Assets** | **2,311,953** |
| | |
| **TOTAL ASSETS** | **$ 2,569,194** |
| | |
| **LIABILITIES & EQUITY** | |
| **Current Liabilities** | |
| Accounts Payable | $ 5,917 |
| Accrued Payroll | 54,069 |
| Gift Certificates | 609,017 |
| DIP Funding- JL Holdings | 100,000 |
| **Total Current Liabilities** | **769,003** |
| | |
| **Pre-Petition Liabilities** | |
| Accounts Payable | - |
| Note Payable- JL Holdings | 7,731,000 |
| Note Payable- SBA Blue Ridge | 1,321,656 |
| **Total Pre-Petition Liabilities** | **9,052,656** |
| | |
| **Equity** | |
| Members Equity | (7,230,633) |
| Net Income/(Loss) | (21,831) |
| **Total Equity** | **(7,252,465)** |
| | |
| **TOTAL LIABILITIES & EQUITY** | **$ 2,569,194** |

| BLT Restaurant Group LLC | |
|---|---|
| **Profit & Loss Statement** | |
| **As of April 3, 2022** | |
| Case Number 22-10335 | |
| | |
| | March 19 thru |
| | April 3 |
| | |
| **License/Management Fee Income** | |
| License Fee Income | 35,983 |
| Management Fee Income | 20,624 |
| **Total License Fees Income** | **56,607** |
| | |
| Management Fee Income, Related Party | 4,790 |
| Development Fee | - |
| **Total Other Income** | **4,790** |
| | |
| **Total Revenue** | **61,397** |
| | |
| **Payroll Expenses** | |
| Payroll | 71,376 |
| Payroll Taxes | 5,160 |
| Payroll Services | - |
| Employee Benefits | 800 |
| **Total Payroll Expenses** | **77,337** |
| | |
| **Variable Operating Expenses** | |
| Supplies-Office | 200 |
| China & Glassware | - |
| Credit Card Charges | 54 |
| Linen & Uniforms | - |
| **Total Variable Operating Expenses** | **255** |
| | |
| **Fixed Operating Expenses** | |
| Repairs & Maintenance | - |
| Repairs & Maintenance-Recurring | - |
| Professional | - |
| Utilities | - |
| Insurance, Business & Liability | - |
| Insurance, Workers Comp | (18) |
| Office | 15 |
| Travel & Entertainment | (393) |
| Flowers & Decorations | - |
| Advertising & Promotion | - |
| Computer Services | - |
| Freight & Messengers | 116 |
| Filing Fees | - |
| Consulting Fees - LTUS Corp | 5,192 |
| Bank Fees | - |
| Telephone & Internet | 725 |
| **Total Fixed Operating Expenses** | **5,637** |
| | |
| **Total Operating Expenses** | **83,228** |
| | |
| **EBITDA before Occupancy from Continuing Operations** | **(21,831)** |
| | |
| Rent | - |
| Real Estate Taxes | - |
| Personal Property tax | - |
| Sundry Taxes | - |
| **Total Occupancy Expenses** | **-** |
| | |
| **EBITDA from Continuing Operations** | **(21,831)** |
| | |
| **Total Net Income (Loss)** | **$ (21,831)** |

# BLT Restaurant Group LLC

## A/R Aging Summary

### As of April 3, 2022

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Turks & Caicos, Casa Nonna** | 0.00 | 7,202.40 | 0.00 | 0.00 | 0.00 | 7,202.40 |
| **Turks & Caicos** | 0.00 | 14,067.50 | 0.00 | 0.00 | 0.00 | 14,067.50 |
| **BLT Steak Bermuda** | 0.00 | 4,422.12 | 0.00 | 0.00 | 0.00 | 4,422.12 |
| **BLT Osaka** | 0.00 | 6,250.00 | 0.00 | 0.00 | 0.00 | 6,250.00 |
| **Casa Nonna Aruba** | 0.00 | 8,506.84 | 0.00 | 0.00 | 0.00 | 8,506.84 |
| **BLT Aruba** | 0.00 | 15,784.05 | 0.00 | 0.00 | 0.00 | 15,784.05 |
| **BLT Ginza** | 0.00 | 6,250.00 | 0.00 | 0.00 | 0.00 | 6,250.00 |
| **BLT Steak Tokyo, Roppongi** | 0.00 | 6,127.09 | 0.00 | 0.00 | 0.00 | 6,127.09 |
| **BLT Steak Korea** | 0.00 | 5,437.67 | 0.00 | 0.00 | 0.00 | 5,437.67 |
| **The Florentine** | 0.00 | 2,385.05 | 0.00 | 0.00 | 0.00 | 2,385.05 |
| **BLT Charlotte** | 0.00 | 1,535.18 | 0.00 | 0.00 | 0.00 | 1,535.18 |
| **BLT Waikiki** | 0.00 | 7,468.91 | 9,730.00 | 5,646.00 | 45,555.26 | 68,400.17 |
| **BLT Prime Trump Doral** | 0.00 | 3,484.24 | 0.00 | 0.00 | 0.00 | 3,484.24 |
| **Trump Old Post Office** | 0.00 | 3,749.09 | 0.00 | 0.00 | 0.00 | 3,749.09 |
| **TOTAL** | **0.00** | **92,670.14** | **9,730.00** | **5,646.00** | **45,555.26** | **153,601.40** |

# BLT Restaurant Group LLC
## A/P Aging Summary
### As of April 3, 2022

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **LTUS Corp** | 0.00 | 5,192.00 | 0.00 | 0.00 | 0.00 | 5,192.00 |
| **Verizon Wireless** | 0.00 | 724.54 | 0.00 | 0.00 | 0.00 | 724.54 |
| **TOTAL** | 0.00 | 5,916.54 | 0.00 | 0.00 | 0.00 | 5,916.54 |

**BLT Restaurant Group LLC**
**Case # 22-10335**
**Insiders Compensation-March 19 to April 3, 2022**

| Name | Salary |
|------|-------:|
| Samantha Haber | $ 6,923 |
| David Selinger | 3,846 |
| John Huber | 3,846 |
| Christopher Romano | 7,000 |
| **Total Salary** | **$ 21,615** |

Case # 22-10335

**BLT Restaurant Group LLC**

## Reconciliation Detail

### BLTRG DIP-Operating, Period Ending 04/01/2022

| | Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Beginning Balance-03/31/2022** | | | | | | | **65,572.50** |
| **Cleared Transactions** | | | | | | | |
| **Checks and Payments - 0 items** | | | | | | | |
| | | | | | | 0.00 | 0.00 |
| Total Checks and Payments | | | | | | 0.00 | 0.00 |
| **Deposits and Credits - 4 items** | | | | | | | |
| | Deposit | 04/01/2022 | | Trump Old Post Office LLC | √ | 1,626.67 | 1,626.67 |
| | Deposit | 04/01/2022 | | BLT Steak Charlotte LLC | √ | 1,767.51 | 3,394.18 |
| | Deposit | 04/01/2022 | | The Florentine | √ | 2,329.46 | 5,723.64 |
| | Deposit | 04/01/2022 | | BLT Prime Trump Doral | √ | 3,746.73 | 9,470.37 |
| Total Deposits and Credits | | | | | | 9,470.37 | 9,470.37 |
| Total Cleared Transactions | | | | | | 9,470.37 | 9,470.37 |
| **Cleared Balance** | | | | | | 9,470.37 | 75,042.87 |
| **Uncleared Transactions** | | | | | | | |
| **Checks and Payments - 1 item** | | | | | | | |
| | Bill Pmt -Check | 04/01/2022 | 99756368 | FedEx | | -116.42 | -116.42 |
| Total Checks and Payments | | | | | | -116.42 | -116.42 |
| Total Uncleared Transactions | | | | | | -116.42 | -116.42 |
| **Register Balance as of 04/01/2022** | | | | | | 9,353.95 | 74,926.45 |

**\*Please note that bank reconciliations are done Daily. This reconciliation represents the activity for the business last day of the fiscal period.**

## Reconciliation Detail
### BLTRG DIP-Payroll, Period Ending 04/01/2022

| | Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Beginning Balance 03/30/2022** | | | | | | | 100.00 |
| **Cleared Transactions** | | | | | | | |
| **Checks and Payments - 2 items** | | | | | | | |
| | General Journal | 03/31/2022 | we 03/27/22 | Direct Deposit | √ | -21,961.84 | -21,961.84 |
| | General Journal | 03/31/2022 | we 03/27/22 | Payroll Taxes | √ | -11,510.87 | -33,472.71 |
| Total Checks and Payments | | | | | | -33,472.71 | -33,472.71 |
| **Deposits and Credits - 1 item** | | | | | | | |
| | Transfer | 03/31/2022 | | | √ | 39,000.00 | 39,000.00 |
| Total Deposits and Credits | | | | | | 39,000.00 | 39,000.00 |
| Total Cleared Transactions | | | | | | 5,527.29 | 5,527.29 |
| Cleared Balance | | | | | | 5,527.29 | 5,627.29 |
| Register Balance as of 04/01/2022 | | | | | | 5,527.29 | 5,627.29 |
| **Uncleared Transactions** | | | | | | | |
| **Checks and Payments - 1 item** | | | | | | | |
| | Bill Pmt -Check | 04/01/2022 | we 03/27/22 | Mid Atlantic Trust (ForUsAll) | | -4,447.65 | -4,447.65 |
| Total Checks and Payments | | | | | | -4,447.65 | -4,447.65 |
| Total Uncleared Transactions | | | | | | -4,447.65 | -4,447.65 |
| Register Balance as of 04/01/2022 | | | | | | 1,079.64 | 1,179.64 |

**\*Please note that bank reconciliations are done Daily. This reconciliation represents the activity for the business last day of the fiscal period.**

**Reconciliation Detail**
SIGNATURE OPERATING, Period Ending 03/29/2022

| | Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | 4,173.53 |
| **Cleared Transactions** | | | | | | | |
| **Checks and Payments - 2 items** | | | | | | | |
| | General Journal | 03/24/2022 | we 03/20/22 | Mid Atlantic Trust (ForUsAll) | √ | -4,447.65 | -4,447.65 |
| | Transfer | 03/28/2022 | | | √ | -193.90 | -4,641.55 |
| Total Checks and Payments | | | | | | -4,641.55 | -4,641.55 |
| **Deposits and Credits - 2 items** | | | | | | | |
| | Transfer | 03/28/2022 | | | √ | 274.12 | 274.12 |
| | Deposit | 03/29/2022 | | Square Inc. | √ | 193.90 | 468.02 |
| Total Deposits and Credits | | | | | | 468.02 | 468.02 |
| Total Cleared Transactions | | | | | | -4,173.53 | -4,173.53 |
| **Cleared Balance** | | | | | | -4,173.53 | 0.00 |
| Register Balance as of 03/29/2022 | | | | | | -4,173.53 | 0.00 |
| **Ending Balance** | | | | | | -4,173.53 | 0.00 |

**\*Please note that bank reconciliations are done Daily. This reconciliation represents the activity for the business last day of the fiscal period.**

### RLR Restaurant Group LLC
### Reconciliation Detail
Signature, Period Ending 03/25/2022

| | Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | 9,786.91 |
|    **Cleared Transactions** | | | | | | | |
|       **Checks and Payments - 1 item** | | | | | | | |
| | Transfer | 03/24/2022 | | | √ | -9,786.91 | -9,786.91 |
|      **Total Checks and Payments** | | | | | | -9,786.91 | -9,786.91 |
|    **Total Cleared Transactions** | | | | | | -9,786.91 | -9,786.91 |
| Cleared Balance | | | | | | -9,786.91 | 0.00 |
| Register Balance as of 03/25/2022 | | | | | | -9,786.91 | 0.00 |
| **Ending Balance** | | | | | | -9,786.91 | 0.00 |

**\*Please note that bank reconciliations are done Daily. This reconciliation represents the activity for the business last day of the fiscal period.**



**SIGNATURE BANK**

565 Fifth Avenue, 12ᵗʰ Floor
New York, NY 10017

Statement Period
From March        23, 2022
To     March        31, 2022
Page      1 of        3

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                  8-316
FKA BLT MANAGEMENT LLC DIP CASE# 2210335
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022                  999

See Back for Important Information

Primary Account: 1504666448            0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
| --- | --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | | |
| 1504666448 | BANKRUPTCY CHECKING | .00 | 65,572.50 |
| | | | |
| RELATIONSHIP | TOTAL | | 65,572.50 |

# SIGNATURE BANK

Statement Period
From March       23, 2022
To   March       31, 2022
Page     2 of     3

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

```
BLT RESTAURANT GROUP LLC                    8-316
FKA BLT MANAGEMENT LLC DIP CASE# 2210335
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022              999
```

See Back for Important Information

Primary Account: 1504666448              0

BANKRUPTCY CHECKING        1504666448

## Summary

```
Previous Balance as of March      23, 2022                           .00
        11 Credits                                             105,146.90
         5 Debits                                               39,574.40
Ending Balance as of    March     31, 2022                      65,572.50
```

## Deposits and Other Credits

| Date | Description | | Amount |
|------|-------------|---|-------:|
| Mar 25 | INCOMING WIRE | | 1,396.57 |
| | REF# 20220325B6B7261F00212203251001FT01 | | |
| | FROM: TRUMP OLD POST OFFICE LLC        ABA:   055001096 | | |
| | BANK: | | |
| Mar 25 | INCOMING WIRE | | 2,157.23 |
| | REF# 20220325B6B7261F00209303250957FT01 | | |
| | FROM: 151 W ADAMS RESTAURANT LLC       ABA:   042000314 | | |
| | BANK: | | |
| Mar 25 | INCOMING WIRE | | 2,871.77 |
| | REF# 20220325B6B7261F00221003251011FT01 | | |
| | FROM: THC MIAMI RESTAURANT HOSPITALITY L ABA:   082902757 | | |
| | BANK: | | |
| Mar 25 | TELEPHONE XFER CR | | 9,786.91 |
| | TELEPHONE TRANSFER FROM: XXXXXX9573 | | |
| Mar 25 | TELEPHONE XFER CR | | 80,292.70 |
| | TELEPHONE TRANSFER FROM: XXXXXX9001 | | |
| Mar 29 | DEPOSIT | | 1,346.18 |
| Mar 29 | TELEPHONE XFER CR | | 193.90 |
| | TELEPHONE TRANSFER FROM: XXXXXX9001 | | |
| Mar 30 | ACH DEPOSIT          ck/ref no.   8723053 | | .01 |
| | SQUARE INC          SDV-VRFY      T200460079134 | | |
| | 005 00000000000000029424300002 | | |
| Mar 30 | ACH DEPOSIT          ck/ref no.   8723151 | | 338.94 |
| | SQUARE INC          220330P2      L205704617804 | | |

*Signature*  SIGNATURE BANK

```
                                                Statement Period
                                                From March      23, 2022
                                                To   March      31, 2022
                                                Page    3 of     3

                                                PRIVATE CLIENT GROUP 316
                                                950 THIRD AVENUE
                                                NEW YORK, NY 10022


        BLT RESTAURANT GROUP LLC                   8-316
        FKA BLT MANAGEMENT LLC DIP CASE# 2210335
        145 EAST 57TH STREET, FLOOR 11
        NEW YORK NY  10022                999
                                                See Back for Important Information


                                         Primary Account: 1504666448            0

   Mar 31  ACH DEPOSIT            ck/ref no.   8928953                           193.90
           SQUARE INC           220331P2     L205704918353
   Mar 31  INCOMING WIRE                                                       6,568.79
           REF#  20220331B6B7261F00127803310801FT01
           FROM: HEIJOUEN INC 1F 3-15-5 AYASE ADACH  ABA:     000141503
           BANK: THE SHIZUOKA BANK LTD

Withdrawals and Other Debits
   Mar 28  TELEPHONE XFER DR                                                     100.00
           TELEPHONE TRANSFER TO: XXXXXX6456
   Mar 28  TELEPHONE XFER DR                                                     274.12
           TELEPHONE TRANSFER TO: XXXXXX9001
   Mar 30  AUTOMATED PAYMENT      ck/ref no.   8723088                              .01
           SQUARE INC           SDV-VRFY     T200460079133
   Mar 31  ONLINE TRANSFER DEBIT                                              39,000.00
           ONLINE XFR TO: XXXXXX6456
   Mar 31  AUTOMATED PAYMENT      ck/ref no.   8835977                           200.27
           DLX FOR BUSINESS    DELUXE SBS   02051306129128

Daily Balances
Mar 23            .00                        Mar 29       97,671.14
Mar 25       96,505.18                       Mar 30       98,010.08
Mar 28       96,131.06                       Mar 31       65,572.50
```



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                          Statement Period
                                          From March    23, 2022
                                          To   March    31, 2022
                                          Page   1 of      2

                                          PRIVATE CLIENT GROUP 316
                                          950 THIRD AVENUE
                                          NEW YORK, NY 10022


        BLT RESTAURANT GROUP LLC                    8-316
        FKA BLT MANAGEMENT LLC DIP CASE# 2210335
        PAYROLL
        145 EAST 57TH STREET, FLOOR 11
        NEW YORK NY  10022           999            See Back for Important Information


                                          Primary Account: 1504666456          0

        IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
        ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
        E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
        FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
        THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
        YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
        OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
        & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
        IDENTITY AND PERSONAL INFORMATION.
```

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1504666456   BANKRUPTCY CHECKING | | .00 | 5,627.29 |
| RELATIONSHIP | TOTAL | | 5,627.29 |

*Signature* | **SIGNATURE BANK**

```
                                        Statement Period
                                   From March      23, 2022
                                   To   March      31, 2022
                                   Page      2 of       2

                                   PRIVATE CLIENT GROUP 316
                                   950 THIRD AVENUE
                                   NEW YORK, NY 10022
```

```
        BLT RESTAURANT GROUP LLC                8-316
        FKA BLT MANAGEMENT LLC DIP CASE# 2210335
        PAYROLL
        145 EAST 57TH STREET, FLOOR 11
        NEW YORK NY  10022              999        See Back for Important Information


                                   Primary Account: 1504666456        0
```

BANKRUPTCY CHECKING        1504666456


Summary

| | | |
|---|---|---:|
| Previous Balance as of March    23, 2022 | | .00 |
| | 2 Credits | 39,100.00 |
| | 2 Debits | 33,472.71 |
| Ending Balance as of   March    31, 2022 | | 5,627.29 |

Deposits and Other Credits

| | | |
|---|---|---:|
| Mar 28 | TELEPHONE XFER CR | 100.00 |
| | TELEPHONE TRANSFER FROM: XXXXXX6448 | |
| Mar 31 | ONLINE TRANSFER CREDIT | 39,000.00 |
| | ONLINE XFR FROM: XXXXXX6448 | |

Withdrawals and Other Debits

| | | |
|---|---|---:|
| Mar 31 | AUTOMATED PAYMENT      ck/ref no.   8845679 | 11,510.87 |
| | PAYLOCITY CORPOR    TAX COL | |
| Mar 31 | AUTOMATED PAYMENT      ck/ref no.   8869570 | 21,961.84 |
| | 34560 BLT RESTAU    DIR DEP      34560 | |

Daily Balances

| | | | |
|---|---|---|---|
| Mar 23 | .00 | Mar 31 | 5,627.29 |
| Mar 28 | 100.00 | | |



**SIGNATURE BANK**

565 Fifth Avenue, 12ᵗʰ Floor
New York, NY 10017

```
                                    Statement Period
                                    From March      01, 2022
                                    To   March      31, 2022
                                    Page    1 of    12
```

## Pre-Petition Operating Account-Closed 03/29/22

```
                                    PRIVATE CLIENT GROUP 316
                                    950 THIRD AVENUE
                                    NEW YORK, NY 10022
```

```
BLT RESTAURANT GROUP LLC              9-316
C/O BLT RESTAURANT GROUP
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022
```

See Back for Important Information

Primary Account: 1500579001    13

```
IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 1500579001   SIGNATURE CHECKING | 141,840.41 | .00 |
| RELATIONSHIP TOTAL | | .00 |

*Signature* | **SIGNATURE BANK**

|  |  |
|---|---|
| | Statement Period |
| | From March    01, 2022 |
| | To    March    31, 2022 |
| | Page    2 of    12 |

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                    9-316
C/O BLT RESTAURANT GROUP
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022

See Back for Important Information

Primary Account: 1500579001            13

SIGNATURE CHECKING            1500579001

Summary

| | | |
|---|---|---|
| Previous Balance as of March    01, 2022 | | 141,840.41 |
| 61 Credits | | 560,392.03 |
| 75 Debits | | 702,232.44 |
| Ending Balance as of    March    31, 2022 | | .00 |

Deposits and Other Credits

| | | | | | |
|---|---|---|---|---|---|
| Mar 01 | ACH DEPOSIT | ck/ref no.    4912085 | | | 291.00 |
| | SQUARE INC | 220301P2 | L205697026110 | | |
| Mar 01 | INCOMING WIRE | | | | 12,485.00 |
| | REF#  20220301B6B7261F00106603010800FT01 | | | | |
| | FROM: HEIJOUEN INC 1F 3-15-5 AYASE ADACH  ABA:    000141503 | | | | |
| | BANK: THE SHIZUOKA BANK LTD | | | | |
| Mar 03 | ONLINE TRANSFER CREDIT | | | | 155.28 |
| | ONLINE XFR FROM: XXXXXX3056 | | | | |
| Mar 03 | ONLINE TRANSFER CREDIT | | | | 482.47 |
| | ONLINE XFR FROM: XXXXXX3056 | | | | |
| Mar 03 | ONLINE TRANSFER CREDIT | | | | 6,363.58 |
| | ONLINE XFR FROM: XXXXXX1304 | | | | |
| Mar 03 | ONLINE TRANSFER CREDIT | | | | 60,000.00 |
| | ONLINE XFR FROM: XXXXXX2795 | | | | |
| Mar 04 | ACH DEPOSIT | ck/ref no.    5583480 | | | 242.45 |
| | SQUARE INC | 220304P2 | L205697971152 | | |
| Mar 04 | INCOMING WIRE | | | | 1,133.25 |
| | REF#  20220304B6B7261F00217203040904FT01 | | | | |
| | FROM: TRUMP OLD POST OFFICE LLC    ABA:    055001096 | | | | |
| | BANK: | | | | |
| Mar 04 | INCOMING WIRE | | | | 1,603.98 |
| | REF#  20220304B6B7261F00196603040832FT01 | | | | |
| | FROM: 151 W ADAMS RESTAURANT LLC    ABA:    042000314 | | | | |
| | BANK: | | | | |
| Mar 04 | INCOMING WIRE | | | | 4,310.96 |

*Signature* | **SIGNATURE BANK**

Statement Period
From March    01, 2022
To   March    31, 2022
Page    3 of    12

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                    9-316
C/O BLT RESTAURANT GROUP
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022

See Back for Important Information

Primary Account: 1500579001        13

| Date | Description | |
|------|-------------|---|
| | REF# 20220304B6B7261F00225103040916FT01 | |
| | FROM: THC MIAMI RESTAURANT HOSPITALITY L  ABA:  082902757 | |
| | BANK: | |
| Mar 04 | ONLINE TRANSFER CREDIT | 1,783.71 |
| | ONLINE XFR FROM: XXXXXX2529 | |
| Mar 04 | ONLINE TRANSFER CREDIT | 5,000.00 |
| | ONLINE XFR FROM: XXXXXX2795 | |
| Mar 04 | ONLINE TRANSFER CREDIT | 20,000.00 |
| | ONLINE XFR FROM: XXXXXX2795 | |
| Mar 07 | ACH DEPOSIT        ck/ref no.    5787835 | 242.75 |
| | SQUARE INC       220307P2       L205698553580 | |
| Mar 07 | INCOMING WIRE | 1,946.66 |
| | REF#  20220307B6B7261F00531203071410FT01 | |
| | FROM: TRUMP OLD POST OFFICE LLC        ABA:  055001096 | |
| | BANK: | |
| | OBI:  BENEFLEX | |
| | OBI: | |
| | OBI: | |
| Mar 07 | INCOMING WIRE | 6,813.61 |
| | REF#  20220307B6B7261F00531603071411FT01 | |
| | FROM: TRUMP OLD POST OFFICE LLC        ABA:  055001096 | |
| | BANK: | |
| Mar 07 | ONLINE TRANSFER CREDIT | 6,592.25 |
| | ONLINE XFR FROM: XXXXXX3339 | |
| Mar 07 | ONLINE TRANSFER CREDIT | 60,000.00 |
| | ONLINE XFR FROM: XXXXXX2795 | |
| Mar 08 | DEPOSIT | 5,026.27 |
| Mar 09 | ACH DEPOSIT        ck/ref no.    6116761 | 242.45 |
| | SQUARE INC       220309P2       L205699134749 | |
| Mar 10 | ACH DEPOSIT        ck/ref no.    6314830 | 387.80 |
| | SQUARE INC       220310P2       L205699424855 | |
| Mar 10 | ONLINE TRANSFER CREDIT | 1,312.82 |
| | ONLINE XFR FROM: XXXXXX2529 | |
| Mar 10 | ONLINE TRANSFER CREDIT | 60,000.00 |
| | ONLINE XFR FROM: XXXXXX2795 | |
| Mar 11 | ACH DEPOSIT        ck/ref no.    6530667 | 242.45 |
| | SQUARE INC       220311P2       L205699795028 | |
| Mar 11 | INCOMING WIRE | 1,763.10 |
| | REF#  20220311B6B7261F00203403110902FT01 | |

_Signature_ | **SIGNATURE BANK**

Statement Period
From March    01, 2022
To   March    31, 2022
Page    4 of   12

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                    9-316
C/O BLT RESTAURANT GROUP
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022

See Back for Important Information

Primary Account: 1500579001        13

| Date | Description | |
|------|-------------|---|
| | FROM: TRUMP OLD POST OFFICE LLC        ABA:  055001096 | |
| | BANK: | |
| Mar 11 | INCOMING WIRE | 2,256.55 |
| | REF#  20220311B6B7261F00169203110807FT01 | |
| | FROM: 151 W ADAMS RESTAURANT LLC        ABA:  042000314 | |
| | BANK: | |
| Mar 11 | INCOMING WIRE | 3,775.46 |
| | REF#  20220311B6B7261F00211703110916FT01 | |
| | FROM: THC MIAMI RESTAURANT HOSPITALITY L ABA:  082902757 | |
| | BANK: | |
| Mar 14 | MOBILE DEPOSIT | 381.31 |
| Mar 15 | ACH DEPOSIT          ck/ref no.   6918821 | 145.35 |
| | SQUARE INC      220315P2      L205700703405 | |
| Mar 15 | INCOMING WIRE | 3,371.28 |
| | REF#  20220315B6B7261F00019203150206FT01 | |
| | FROM: BLT PRIME CO LTD          ABA:  DIWAJPJT | |
| | BANK: RESONA BANK LTD | |
| | OBI:  MONTHLY MINIMUM FEE 2022 FEBRUARY | |
| | OBI: | |
| | OBI: | |
| Mar 16 | ACH DEPOSIT          ck/ref no.   7103098 | 96.80 |
| | SQUARE INC      220316P2      L205700955675 | |
| Mar 16 | INCOMING WIRE | 6,619.38 |
| | REF#  20220316B6B7261F00470103161536FT01 | |
| | FROM: THC MIAMI RESTAURANT HOSPITALITY L ABA:  082902757 | |
| | BANK: | |
| Mar 16 | INCOMING WIRE | 9,074.12 |
| | REF#  20220316B6B7261F00203003161004FT01 | |
| | BANK: SCOTIABANK (TURKS AND CAICOS) LT | |
| | OBI:  0222BLT | |
| | OBI: | |
| | OBI: | |
| Mar 16 | INCOMING WIRE | 9,968.70 |
| | REF#  20220316B6B7261F00460103161523FT01 | |
| | FROM: TRUMP OLD POST OFFICE LLC        ABA:  055001096 | |
| | BANK: | |
| Mar 16 | INCOMING WIRE | 30,270.62 |
| | REF#  20220316B6B7261F00457803161520FT01 | |
| | FROM: 151 W ADAMS RESTAURANT LLC        ABA:  042000314 | |

*Signature* | SIGNATURE BANK

```
                                          Statement Period
                                          From March     01, 2022
                                          To   March     31, 2022
                                          Page    5 of    12

                                          PRIVATE CLIENT GROUP 316
                                          950 THIRD AVENUE
                                          NEW YORK, NY 10022
```

```
        BLT RESTAURANT GROUP LLC              9-316
        C/O BLT RESTAURANT GROUP
        145 EAST 57TH STREET, FLOOR 11
        NEW YORK NY  10022
```

                                          See Back for Important Information


                                    Primary Account: 1500579001        13

| Date | Description | |
|---|---|---|
| | BANK: | |
| Mar 16 | ONLINE TRANSFER CREDIT | 8,929.73 |
| | ONLINE XFR FROM: XXXXXX3056 | |
| Mar 16 | ONLINE TRANSFER CREDIT | 8,976.03 |
| | ONLINE XFR FROM: XXXXXX2529 | |
| Mar 16 | ONLINE TRANSFER CREDIT | 10,000.00 |
| | ONLINE XFR FROM: XXXXXX2795 | |
| Mar 16 | ONLINE TRANSFER CREDIT | 12,270.29 |
| | ONLINE XFR FROM: XXXXXX1304 | |
| Mar 16 | ONLINE TRANSFER CREDIT | 21,234.37 |
| | ONLINE XFR FROM: XXXXXX3339 | |
| Mar 16 | ONLINE TRANSFER CREDIT | 50,000.00 |
| | ONLINE XFR FROM: XXXXXX2795 | |
| Mar 17 | INCOMING WIRE | 4,684.04 |
| | REF#  20220317B6B7261F00305803171252FT01 | |
| | FROM: HOTELCO SRB HOTEL MGT ACCTS PAYABL  ABA:   890057090 | |
| | BANK: THE BANK OF N.T. BUTTERFIELD | |
| | OBI:  ST REGIS BERMUDA RESORT INV 0010//FEBRUARY 2022 | |
| | OBI: | |
| | OBI: | |
| Mar 17 | INCOMING WIRE | 7,168.35 |
| | REF#  20220317B6B7261F00441403171636FT01 | |
| | FROM: DESARROLLOS HOTELCO CORPORATION DH  ABA:   CMBAAWAX | |
| | BANK: CARIBBEAN MERCANTILE BANK | |
| | OBI:  ROYALTY FEE- CASA NONNA RESTAURANT.FEBRUARY, 2022. | |
| | OBI: | |
| | OBI: | |
| Mar 17 | INCOMING WIRE | 14,183.03 |
| | REF#  20220317B6B7261F00264903171140FT01 | |
| | FROM: DESARROLLOS HOTELCO CORPORATION DH  ABA:   CMBAAWAX | |
| | BANK: CARIBBEAN MERCANTILE BANK | |
| | OBI:  ROYALTY FEE- BLT RESTAURANT-FEBRUARY, 2022. | |
| | OBI: | |
| | OBI: | |
| Mar 17 | ONLINE TRANSFER CREDIT | 1,543.81 |
| | ONLINE XFR FROM: XXXXXX2529 | |
| Mar 17 | ONLINE TRANSFER CREDIT | 10,000.00 |
| | ONLINE XFR FROM: XXXXXX2795 | |
| Mar 17 | ONLINE TRANSFER CREDIT | 30,000.00 |

*Signature*  | **SIGNATURE BANK**

```
                                            Statement Period
                                            From March     01, 2022
                                            To  March      31, 2022
                                            Page   6 of    12

                                            PRIVATE CLIENT GROUP 316
                                            950 THIRD AVENUE
                                            NEW YORK, NY 10022
```

```
        BLT RESTAURANT GROUP LLC                9-316
        C/O BLT RESTAURANT GROUP
        145 EAST 57TH STREET, FLOOR 11
        NEW YORK NY  10022
```

See Back for Important Information

Primary Account: 1500579001      13

| Date | Description | | |
|------|-------------|---|---|
| | ONLINE XFR FROM: XXXXXX2795 | | |
| Mar 17 | ONLINE TRANSFER CREDIT | | 40,000.00 |
| | ONLINE XFR FROM: XXXXXX2795 | | |
| Mar 18 | ACH DEPOSIT          ck/ref no.   7488278 | | 23.97 |
| | SQUARE INC         220318P2     L205701590277 | | |
| Mar 18 | INCOMING WIRE | | 1,529.79 |
| | REF#  20220318B6B7261F00182403180945FT01 | | |
| | FROM: TRUMP OLD POST OFFICE LLC        ABA:   055001096 | | |
| | BANK: | | |
| Mar 18 | INCOMING WIRE | | 2,184.82 |
| | REF#  20220318B6B7261F00179603180938FT01 | | |
| | FROM: 151 W ADAMS RESTAURANT LLC        ABA:   042000314 | | |
| | BANK: | | |
| Mar 18 | INCOMING WIRE | | 3,495.95 |
| | REF#  20220318B6B7261F00184203180946FT01 | | |
| | FROM: THC MIAMI RESTAURANT HOSPITALITY L  ABA:   082902757 | | |
| | BANK: | | |
| Mar 18 | INCOMING WIRE | | 5,427.08 |
| | REF#  20220318B6B7261F00236303181104FT01 | | |
| | BANK: SCOTIABANK (TURKS AND CAICOS) LT | | |
| | OBI:   2202CN | | |
| | OBI: | | |
| | OBI: | | |
| Mar 21 | MOBILE DEPOSIT | | 1,254.57 |
| Mar 22 | ACH DEPOSIT          ck/ref no.   7762436 | | 169.32 |
| | SQUARE INC         220322P2     L205702519630 | | |
| Mar 23 | ACH DEPOSIT          ck/ref no.   7920577 | | 242.45 |
| | SQUARE INC         220323P2     L205702773998 | | |
| Mar 24 | ACH DEPOSIT          ck/ref no.   8058608 | | 485.20 |
| | SQUARE INC         220324P2     L205703130396 | | |
| Mar 24 | ONLINE TRANSFER CREDIT | | 1,643.00 |
| | ONLINE XFR FROM: XXXXXX2529 | | |
| Mar 28 | ACH DEPOSIT          ck/ref no.   8416026 | | 96.80 |
| | SQUARE INC         220328P2     L205704100456 | | |
| Mar 28 | TELEPHONE XFER CR | | 274.12 |
| | TELEPHONE TRANSFER FROM: XXXXXX6448 | | |
| Mar 29 | ACH DEPOSIT          ck/ref no.   8548880 | | 193.90 |
| | SQUARE INC         220329P2     L205704362333 | | |

# SIGNATURE BANK

Statement Period
From March    01, 2022
To   March    31, 2022
Page    7 of   12

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                9-316
C/O BLT RESTAURANT GROUP
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022

See Back for Important Information

Primary Account: 1500579001        13

## Withdrawals and Other Debits

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| Mar 01 | AUTOMATED PAYMENT | ck/ref no. | 4785438 | 777.46 |
| | METKC | INSPREMIUM | TS053396520016 | |
| Mar 01 | AUTOMATED PAYMENT | ck/ref no. | 4838667 | 4,447.65 |
| | MID ATLANTIC TR | ACH PULLS | MA000293 | |
| Mar 01 | AUTOMATED PAYMENT | ck/ref no. | 5004359 | 18,778.42 |
| | UNITED HEALTHCAR | EDI PAYMTS | 470879084466 | |
| | ISA*00* | *00* | *ZZ*141128924 | |
| Mar 02 | ONLINE TRANSFER DEBIT | | | 32,177.31 |
| | ONLINE XFR TO: XXXXXX9813 | | | |
| Mar 02 | AUTOMATED PAYMENT | ck/ref no. | 4998869 | 10.00 |
| | AUTHNET GATEWAY | BILLING | 121267947 | |
| Mar 02 | AUTOMATED PAYMENT | ck/ref no. | 5130215 | 653.30 |
| | FLA DEPT REVENUE | C01 | 377716292 | |
| Mar 03 | OUTGOING WIRE | | | 1,264.87 |
| | REF# 20220303B6B7261F002171 | | | |
| | TO: Tripleseat Software | | ABA: 011500120 | |
| | BANK: CITIZENS BANK, NATIONAL ASSOCI | | ACCT# 1312469703 | |
| | OBI: BLT Consolidated CI 16549 | | | |
| | OBI: | | | |
| | OBI: | | | |
| Mar 03 | OUTGOING WIRE | | | 25,257.36 |
| | REF# 20220303B6B7261F005328 | | | |
| | TO: 145 East 57th Street Associates LL | | ABA: 021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA | | ACCT# 890912376 | |
| | OBI: March Rent 145 E 57th - 11FL | | | |
| | OBI: | | | |
| | OBI: | | | |
| Mar 03 | ONLINE TRANSFER DEBIT | | | 11,000.00 |
| | ONLINE XFR TO: XXXXXX3056 | | | |
| Mar 03 | AUTOMATED PAYMENT | ck/ref no. | 5162311 | 11,973.68 |
| | PAYLOCITY CORPOR | TAX COL | | |
| Mar 03 | AUTOMATED PAYMENT | ck/ref no. | 5168312 | 22,631.37 |
| | 34560 BLT RESTAU | DIR DEP | 34560 | |
| Mar 04 | OUTGOING WIRE | | | 880.00 |
| | REF# 20220304B6B7261F000579 | | | |
| | TO: Jeliza Olaguera | | ABA: 031176110 | |
| | BANK: CAPITAL ONE, NA | | ACCT# 36110282405 | |
| Mar 04 | OUTGOING WIRE | | | 49,200.00 |

 SIGNATURE BANK

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                9-316
C/O BLT RESTAURANT GROUP
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022

See Back for Important Information

Primary Account: 1500579001        13

| Date | Description | | |
|------|-------------|---|---|
| | REF#  20220304B6B7261F000981 | | |
| | TO:   National Arbitration and Mediation  ABA:   071006486 | | |
| | BANK: CIBC BANK USA                ACCT# 0002456184 | | |
| | OBI:  NAM ID 1000242897 INV 294931 | | |
| | OBI: | | |
| | OBI: | | |
| Mar 04 | AUTOMATED PAYMENT      ck/ref no.   5358089 | | 86.80 |
| | WBMASONCOMPANY      OFFICEPROD   8881186 | | |
| Mar 07 | OUTGOING WIRE | | 224.66 |
| | REF#  20220307B6B7261F000751 | | |
| | TO:   Lindsey Vasti              ABA:   061100606 | | |
| | BANK: SYNOVUS BANK            ACCT# 1010425286 | | |
| | OBI:  3/7 - 3/10 flight | | |
| | OBI: | | |
| | OBI: | | |
| Mar 07 | OUTGOING WIRE | | 552.38 |
| | REF#  20220307B6B7261F003261 | | |
| | TO:   Soothichit Sooksagium        ABA:   026009593 | | |
| | BANK: BANK OF AMERICA, N.A., NY   ACCT# 9461222184 | | |
| | OBI:  Expense Report | | |
| | OBI: | | |
| | OBI: | | |
| Mar 07 | ONLINE TRANSFER DEBIT | | 60,000.00 |
| | ONLINE XFR TO: XXXXXX2795 | | |
| Mar 08 | AUTOMATED PAYMENT      ck/ref no.   5871939 | | 73.55 |
| | BENEFLEX INC        BT0307       000000168983064 | | |
| Mar 08 | AUTOMATED PAYMENT      ck/ref no.   5797908 | | 119.07 |
| | T-MOBILE          PCS SVC     4934285 | | |
| Mar 08 | AUTOMATED PAYMENT      ck/ref no.   5798449 | | 724.54 |
| | VERIZON WIRELESS    PAYMENTS    054224053900001 | | |
| Mar 08 | AUTOMATED PAYMENT      ck/ref no.   6018391 | | 1,267.57 |
| | VERIZON          VZ BILLPAY   U0251940 | | |
| Mar 08 | AUTOMATED PAYMENT      ck/ref no.   5872114 | | 4,447.65 |
| | MID ATLANTIC TR    ACH PULLS    MA000293 | | |
| Mar 09 | AUTOMATED PAYMENT      ck/ref no.   6055673 | | 495.41 |
| | BENEFLEX INC        ESQBLT       BENE2HOSP | | |
| Mar 10 | OUTGOING WIRE | | 1,680.76 |
| | REF#  20220310B6B7261F000480 | | |
| | TO:   Highline Building Services    ABA:   021000021 | | |

*Signature* | **SIGNATURE BANK**

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC              9-316
C/O BLT RESTAURANT GROUP
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022

See Back for Important Information

Primary Account: 1500579001        13

| Date | Description | | |
|------|-------------|---|---:|
| | BANK: JPMORGAN CHASE BANK, NA | ACCT# 672932006 | |
| | OBI:  Customer # 1455711 March | | |
| | OBI: | | |
| | OBI: | | |
| Mar 10 | ONLINE TRANSFER DEBIT | | 3,000.00 |
| | ONLINE XFR TO: XXXXXX8559 | | |
| Mar 10 | AUTOMATED PAYMENT       ck/ref no.   6310481 | | 113.03 |
| | FRESH DIRECT       FOOD        5552180 | | |
| Mar 10 | AUTOMATED PAYMENT       ck/ref no.   6213609 | | 114.25 |
| | FDMS           FDMS PYMT   052-1019227-000 | | |
| Mar 10 | AUTOMATED PAYMENT       ck/ref no.   6125406 | | 12,193.46 |
| | PAYLOCITY CORPOR    TAX COL | | |
| Mar 10 | AUTOMATED PAYMENT       ck/ref no.   6131706 | | 23,163.57 |
| | 34560 BLT RESTAU    DIR DEP     34560 | | |
| Mar 10 | AUTOMATED PAYMENT       ck/ref no.   6423845 | | 23,249.65 |
| | AMEX EPAYMENT       ACH PMT     W8666 | | |
| Mar 11 | OUTGOING WIRE | | 700.00 |
| | REF#  20220311B6B7261F000664 | | |
| | TO:    Jeliza Olaguera          ABA:    031176110 | | |
| | BANK: CAPITAL ONE, NA          ACCT# 36110282405 | | |
| Mar 11 | AUTOMATED PAYMENT       ck/ref no.   6466506 | | 2,312.94 |
| | BENEFLEX INC       ESQBLT     BENE2HOSP | | |
| Mar 14 | AUTOMATED PAYMENT       ck/ref no.   6781580 | | 352.15 |
| | PITNEY BOWES       PAYMENT    800090000140463 | | |
| Mar 15 | AUTOMATED PAYMENT       ck/ref no.   6847085 | | 4,447.65 |
| | MID ATLANTIC TR    ACH PULLS   MA000293 | | |
| Mar 15 | AUTOMATED PAYMENT       ck/ref no.   6831637 | | 37,557.25 |
| | THE HARTFORD       NWTBCLSCIC   15637248 | | |
| Mar 16 | OUTGOING WIRE | | 1,738.00 |
| | REF#  20220316B6B7261F003004 | | |
| | TO:    Ciardi Ciardi Astin          ABA:    031100102 | | |
| | BANK: WILMINGTON SAVINGS FUND SOCIET   ACCT# 0213544679 | | |
| | OBI:  BLT Rest Grp Chap 11 filing fee | | |
| | OBI: | | |
| | OBI: | | |
| Mar 16 | OUTGOING WIRE | | 3,041.45 |
| | REF#  20220316B6B7261F004666 | | |
| | TO:    DelBello Donnellan Weingarten Wise  ABA:   221970443 | | |
| | BANK: STERLING NATIONAL BANK          ACCT# 6700359169 | | |

*Signature*  | **SIGNATURE BANK**

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                     9-316
C/O BLT RESTAURANT GROUP
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022

See Back for Important Information

Primary Account: 1500579001       13

| Date | Description | | |
|------|-------------|---|---:|
| | OBI:  Invoice 132932 | | |
| | OBI: | | |
| | OBI: | | |
| Mar 16 | OUTGOING WIRE | | 7,781.23 |
| | REF#  20220316B6B7261F003005 | | |
| | TO:    Indeed, Inc. | ABA:    031100209 | |
| | BANK: CITIBANK, N.A. | ACCT# 38879954 | |
| | OBI:  BLT Rest Grp inv 57341307 | | |
| | OBI: | | |
| | OBI: | | |
| Mar 16 | OUTGOING WIRE | | 21,160.89 |
| | REF#  20220316B6B7261F004669 | | |
| | TO:    BentoBox CMS, INC | ABA:    121140399 | |
| | BANK: SILICON VALLEY BANK | ACCT# 3302741021 | |
| | OBI:  BLT Rest Grp Inv 274962 and 2787 | | |
| | OBI: | | |
| | OBI: | | |
| Mar 16 | OUTGOING WIRE | | 50,000.00 |
| | REF#  20220316B6B7261F003008 | | |
| | TO:    Ciardi Ciardi Astin | ABA:    031100102 | |
| | BANK: WILMINGTON SAVINGS FUND SOCIET | ACCT# 0213544679 | |
| | OBI:  BLT Rest Grp Chap 11 Retainer | | |
| | OBI: | | |
| | OBI: | | |
| Mar 16 | AUTOMATED PAYMENT       ck/ref no.   7034783 | | 577.49 |
| | BENEFLEX INC          BT0315          000000170144598 | | |
| Mar 16 | AUTOMATED PAYMENT       ck/ref no.   7100259 | | 2,000.00 |
| | RESTAURANT HR GR      SALE | | |
| Mar 17 | AUTOMATED PAYMENT       ck/ref no.   7205516 | | 495.41 |
| | BENEFLEX INC          ESQBLT          BENE2HOSP | | |
| Mar 17 | AUTOMATED PAYMENT       ck/ref no.   7122432 | | 11,528.83 |
| | PAYLOCITY CORPOR      TAX COL | | |
| Mar 17 | AUTOMATED PAYMENT       ck/ref no.   7236042 | | 13,153.50 |
| | BANKDIRECT CAPIT      WEB PMTS        NCZZBJ | | |
| Mar 17 | AUTOMATED PAYMENT       ck/ref no.   7127519 | | 21,961.88 |
| | 34560 BLT RESTAU      DIR DEP         34560 | | |
| Mar 17 | AUTOMATED PAYMENT       ck/ref no.   7217406 | | 22,734.93 |
| | AMEX EPAYMENT         ACH PMT         W4670 | | |

*Signature* | **SIGNATURE BANK**

Statement Period
From March      01, 2022
To   March      31, 2022
Page   11 of   12

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                9-316
C/O BLT RESTAURANT GROUP
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022

See Back for Important Information

Primary Account: 1500579001        13

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| Mar 18 | AUTOMATED PAYMENT | ck/ref no. | 7434731 | | 770.98 |
| | BENEFLEX INC | ESQUAREBLT | BENE2HOSP | | |
| Mar 22 | AUTOMATED PAYMENT | ck/ref no. | 7731395 | | 718.71 |
| | CANON | COPIERS | 8759111 | | |
| Mar 22 | AUTOMATED PAYMENT | ck/ref no. | 7708339 | | 4,447.65 |
| | MID ATLANTIC TR | ACH PULLS | MA000293 | | |
| Mar 24 | ONLINE TRANSFER DEBIT | | | | 20,000.00 |
| | ONLINE XFR TO: XXXXXX3056 | | | | |
| Mar 24 | AUTOMATED PAYMENT | ck/ref no. | 8055187 | | 118.82 |
| | FRESH DIRECT | FOOD | 1400920 | | |
| Mar 24 | AUTOMATED PAYMENT | ck/ref no. | 7972929 | | 452.93 |
| | ON CALL BIZ SERV | ACH DEBIT | | | |
| Mar 24 | AUTOMATED PAYMENT | ck/ref no. | 8000184 | | 1,266.39 |
| | BENEFLEX INC | ESQBLT | BENE2HOSP | | |
| Mar 24 | AUTOMATED PAYMENT | ck/ref no. | 7929463 | | 11,510.87 |
| | PAYLOCITY CORPOR | TAX COL | | | |
| Mar 24 | AUTOMATED PAYMENT | ck/ref no. | 7934307 | | 21,961.84 |
| | 34560 BLT RESTAU | DIR DEP | 34560 | | |
| Mar 25 | TELEPHONE XFER DR | | | | 80,292.70 |
| | TELEPHONE TRANSFER TO: XXXXXX6448 | | | | |
| Mar 25 | AUTOMATED PAYMENT | ck/ref no. | 8076916 | | 460.44 |
| | 34560 BLT RESTAU | BILLING | 34560 | | |
| Mar 25 | AUTOMATED PAYMENT | ck/ref no. | 8250155 | | 3,858.71 |
| | DYN365 LLC | PURCHASE | 84194089 | | |
| Mar 28 | AUTOMATED PAYMENT | ck/ref no. | 8393870 | | 370.92 |
| | PITNEY BOWES | DIRECT DEB | PBLEASING | | |
| Mar 29 | TELEPHONE XFER DR | | | | 193.90 |
| | TELEPHONE TRANSFER TO: XXXXXX6448 | | | | |
| Mar 29 | AUTOMATED PAYMENT | ck/ref no. | 8491648 | | 4,447.65 |
| | MID ATLANTIC TR | ACH PULLS | MA000293 | | |

Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| Mar 14 | 9535 | 529.00 | Mar 14 | 9546 | 1,500.00 |
| Mar 01 | 9538 * | 82.82 | Mar 17 | 9547 | 1,233.59 |
| Mar 10 | 9541 * | 10,925.00 | Mar 17 | 9548 | 342.50 |
| Mar 07 | 9542 | 1,500.00 | Mar 22 | 9549 | 2,758.00 |
| Mar 14 | 9543 | 851.94 | Mar 22 | 9550 | 9,214.00 |
| Mar 16 | 9544 | 1,500.00 | Mar 24 | 9551 | 8,321.71 |
| Mar 21 | 9545 | 500.00 | | | |

* Indicates break in check sequence

*Signature* | **SIGNATURE BANK**

```
                                        Statement Period
                                        From March      01, 2022
                                        To    March      31, 2022
                                        Page   12 of     12

                                        PRIVATE CLIENT GROUP 316
                                        950 THIRD AVENUE
                                        NEW YORK, NY 10022
```

```
        BLT RESTAURANT GROUP LLC               9-316
        C/O BLT RESTAURANT GROUP
        145 EAST 57TH STREET, FLOOR 11
        NEW YORK NY  10022
```

                                        See Back for Important Information


                                        Primary Account: 1500579001      13

Daily Balances

| | | | |
|---|---|---|---|
| Feb 28 | 141,840.41 | Mar 15 | 38,875.68 |
| Mar 01 | 130,530.06 | Mar 16 | 118,516.66 |
| Mar 02 | 97,689.45 | Mar 17 | 154,645.25 |
| Mar 03 | 92,563.50 | Mar 18 | 166,535.88 |
| Mar 04 | 76,471.05 | Mar 21 | 167,290.45 |
| Mar 07 | 89,789.28 | Mar 22 | 150,321.41 |
| Mar 08 | 88,183.17 | Mar 23 | 150,563.86 |
| Mar 09 | 87,930.21 | Mar 24 | 89,059.50 |
| Mar 10 | 75,191.11 | Mar 25 | 4,447.65 |
| Mar 11 | 80,215.73 | Mar 29 | .00 |
| Mar 14 | 77,363.95 | | |

```
Rates for this statement period - Overdraft
Mar 17, 2022   13.250000 %
Mar 01, 2022   13.000000 %
```



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                    Statement Period
                                    From March    01, 2022
                                    To   March    31, 2022
                                    Page   1 of    2
```

Pre-Petition Account Closed 03/28/22

```
                                    PRIVATE CLIENT GROUP 316
                                    950 THIRD AVENUE
                                    NEW YORK, NY 10022
```

```
BLT RESTAURANT GROUP LLC              8-316
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022
```

See Back for Important Information

Primary Account: 1503849573          0

```
IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 1503849573    SIGNATURE CHECKING | 9,786.91 | .00 |
| RELATIONSHIP TOTAL | | .00 |

*Signature* **SIGNATURE BANK**

Statement Period
From March      01, 2022
To    March      31, 2022
Page     2 of      2

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                    8-316
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022

See Back for Important Information

Primary Account: 1503849573                0

SIGNATURE CHECKING             1503849573

Summary

| | |
|---|---|
| Previous Balance as of March    01, 2022 | 9,786.91 |
| 1 Debits | 9,786.91 |
| Ending Balance as of    March    31, 2022 | .00 |

Withdrawals and Other Debits
Mar 25   TELEPHONE XFER DR                                9,786.91
         TELEPHONE TRANSFER TO: XXXXXX6448

Daily Balances
Feb 28            9,786.91            Mar 25            .00

Rates for this statement period - Overdraft
Mar 17, 2022   13.250000 %
Mar 01, 2022   13.000000 %