# United States Bankruptcy Court
## Southern District of New York

In re **BLT Restaurant Group LLC f/k/a BLT Management LLC**             Case No. **22-10335-lgb**
                                       Debtor(s)                         Chapter **11**

# AMENDED AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule D**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:**JL Holdings 2002 LLC**
**145 East 57th Street**
**11th Floor**
**New York, NY  10022**

Date: **May 9, 2022**               /s/ **Jennifer C. McEntee (NY)**
                                    **Jennifer C. McEntee (NY)**
                                    Attorney for Debtor(s)
                                    **Ciardi Ciardi & Astin**
                                    **1905 Spruce Street**
                                    **Philadelphia, PA 19103**
                                    **215-557-3550 Fax:215-557-3551**
                                    **jcranston@ciardilaw.com**

**Fill in this information to identify the case:**

Debtor name: **BLT Restaurant Group LLC f/k/a BLT Management LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **22-10335-lgb**

■ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **JL Holdings 2002 LLC**<br>Creditor's Name<br>**145 East 57th Street**<br>**11th Floor**<br>**New York, NY 10022**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Insurance premium finance**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$7,831,000.00** | **Unknown** |
| Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$7,831,000.00** |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|