# United States Bankruptcy Court
## Southern District of New York

In re  **BLT Restaurant Group LLC f/k/a BLT Management LLC**  Case No. **22-10335-lgb**
                              Debtor(s)                        Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

THC DC Restaurant Hospitality LLC
Attn: Mickael Damelincourt
1100 Pennsylvania Avenue
Washington, DC 20004

THC DC Restaurant Hospitality LLC
Attn: Trump Organization
725 Fifth Avenue
26th Floor
New York, NY 10022

Shnem Hasar, LLC
c/o Ethan A. Kobre, Equire
444 Madison Avenue
New York, NY 10022

Date: **May 6, 2022**        /s/ Jennifer C. McEntee
                             **Jennifer C. McEntee (NY)**
                             Attorney for Debtor(s)
                             **Ciardi Ciardi & Astin**
                             **1905 Spruce Street**
                             **Philadelphia, PA 19103**
                             **215-557-3550 Fax:215-557-3551**
                             **jcranston@ciardilaw.com**

**Fill in this information to identify the case:**

Debtor name: BLT Restaurant Group LLC f/k/a BLT Management LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): 22-10335-lgb

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.
    ☐ Yes. Go to line 2.

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Blue Ridge Bank, N.A.<br>Attn: Kathy Mitchell<br>17 W. Main Street<br>Luray, VA 22835<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,321,655.98 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Elliott Welburn<br>Miguel Torres and Alexis Manso<br>c/o 48 Wall Street, 11th Floor<br>New York, NY 10005<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Norvin 1301 CT, LLC<br>Attn: Barbara A. Pusciello<br>1700 K Street N.W. - Suite 660<br>Washington, DC 20006<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Shnem Hasar, LLC<br>c/o Ethan A. Kobre, Esquire<br>444 Madison Avenue<br>New York, NY 10022<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| Debtor | BLT Restaurant Group LLC f/k/a BLT Management LLC | Case number (if known) | 22-10335-lgb |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | THC DC Restaurant Hospitality LLC<br>Attn: Mickael Damelincourt<br>1100 Pennsylvania Avenue<br>Washington, DC 20004 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Laura M. Trachtman<br>Trachtman & Trachtman<br>48 Wall Street, 11th Floor<br>New York, NY 10005 | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | THC DC Restaurant Hospitality LLC<br>Attn: Trump Organization / David Cohen<br>725 Fifth Avenue, 26the Floor<br>New York, NY 10022 | Line **3.5**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,321,655.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,321,655.98 |