# United States Bankruptcy Court
## Southern District of New York

| | | | |
|---|---|---|---|
| In re | **BLT Restaurant Group LLC f/k/a BLT Management LLC** | Case No. | **22-10335-lgb** |
| | Debtor(s) | Chapter | **11** |

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule G**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Oxford Health Plans**
**Attn: Bankruptcy**
**185 Asylum Street 03B**
**Hartford, CT 06103**

Date: **May 6, 2022**                    /s/ Jennifer C. McEntee
                                          **Jennifer C. McEntee (NY)**
                                          Attorney for Debtor(s)
                                          **Ciardi Ciardi & Astin**
                                          **1905 Spruce Street**
                                          **Philadelphia, PA 19103**
                                          **215-557-3550 Fax:215-557-3551**
                                          **jcranston@ciardilaw.com**

**Fill in this information to identify the case:**

Debtor name: **BLT Restaurant Group LLC f/k/a BLT Management LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **22-10335-lgb**

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office Rent - 145 East 57th Street, Floor 11, New York, NY 10022** | |
| | State the term remaining | **January 31, 2027** | **145 East 57th Street Association LLC** |
| | List the contract number of any government contract | | **200 Park Avenue South** |
| | | | **New York, NY 10019** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **The Florentine Restaurant** | |
| | State the term remaining | **December 31, 2026** | **151 W. Adams Restaurant LLC c/o E. Stein** |
| | List the contract number of any government contract | | **4705 S. Apopka Vineland Road #201** |
| | | | **Orlando, FL 32819** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **BLT Steak Ginza Restaurant** | |
| | State the term remaining | **April 30, 2025** | **BLT Japan Co., Ltd.** |
| | List the contract number of any government contract | | **5F Izumi Garden** |
| | | | **1-6-1 Roppongi** |
| | | | **Minato-ku, Tokyo 106-6005** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **BLT Steak Osaka Restaurant** | |
| | State the term remaining | **June 30, 2029** | **BLT Japan Co., Ltd.** |
| | List the contract number of any government contract | | **1F Herbis Plaza** |
| | | | **2-5-25 Umeda** |
| | | | **Kita-ku, Osaka 530-0001** |

| Debtor 1 | BLT Restaurant Group LLC f/k/a BLT Management LLC | | Case number (if known) | 22-10335-lgb |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | BLT Steak Aruba Restaurant | |
| | State the term remaining | August 31, 2002 (Auto Annual Renewal) | Desarrolos Hotelco Corporation DHC Aruba N.V. L.G. Smith Boulevard 101 Noord, Aruba |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Casa Nonna Aruba Restaurant | |
| | State the term remaining | March 31, 2023 (Auto annual renewal) | Desarrolos Hotelco Corporation DHC Aruba N.V. L.G. Smith Boulevard 101 Noord, Aruba |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | BLT Steak Bermuda Restaurant | |
| | State the term remaining | June 30, 2026 | Hotelco Bermuda Holding LTD Clarendon House 2 Church Street Hamilton |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | License and Consulting Agreement with Laurent Tourondel | |
| | State the term remaining | | Laurent Tourondel 50 West 29th Street, 4W New York, NY 10001 |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | BLT Turks and Caicos Restaurant | |
| | State the term remaining | June 30, 2026 | Luxury Hotels of Turks & Caicos, LTD Temple Financial Center, Leward Highway Providenciales 228 Turks & Caicos Islands |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Casa Nonna Turks and Caicos Restaurant | Luxury Hotels of Turks & Caicos, LTD Temple Financial Center, Leward Highway Providenciales 228 Turks & Caicos Islands |
| | State the term remaining | November 30, 2026 | |

| Debtor 1 | BLT Restaurant Group LLC f/k/a BLT Management LLC | | | Case number (if known) 22-10335-lgb |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Group Insurance Policy | |
|---|---|---|---|
| | State the term remaining | | Oxford Health Plans<br>Attn: Bankruptcy<br>185 Asylum Street 03B<br>Hartford, CT 06103 |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | BLT Steak Roppongi Restaurant | |
|---|---|---|---|
| | State the term remaining | September 30, 2024 | THC DC Restaurant Hospitality LLC<br>BLT Prime DC LLC Opera Co., Ltd.<br>5F Izumi-Garden, 1-6-1 Roppongi<br>Minato-ku-Tokyo 106-6005 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | BLT Prime Doral Restaurant | |
|---|---|---|---|
| | State the term remaining | December 31, 2026 | THC Miami Restaurant Hospitality LLC<br>725 Fifth Avenue<br>New York, NY 10022 |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | BLT Steak Charlotte LLC Restaurant | |
|---|---|---|---|
| | State the term remaining | December 31, 2023 | The Ritz-Carlton Hotel Company, LLC<br>10400 Fernwood Road<br>Bethesda, MD 20817 |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | BLT Prime Doral Restaurant | |
|---|---|---|---|
| | State the term remaining | December 31, 2026 | Trump Endeavor 12 LLC<br>725 Fifth Avenue<br>New York, NY 10022 |
| | List the contract number of any government contract | | |