IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **BLT Restaurant Group LLC,** | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 22-10335(LGB) |
| | : | |

Upon due consideration, and in accordance with the hearing held on April 28, 2022 related to the Motion for Relief from the Automatic Stay filed by Alexis Manso, Miguel Torres, and Elliott Welburn (the "Motion for Relief") (collectively, the "Welburn Claimants") and BLT Restaurant Group LLC's (the "Debtor" and, together with the Welburn Claimants, the "Parties") response thereto (the "Hearing"), and the statements on the record of that Hearing, and the agreement of the Parties in attendance at that Hearing, the Court finds that the dispute the Claimants and the Debtor could possibly be resolved by mediation, and hereby refers this matter into the court-annexed mediation program. In accordance with the record at the Hearing it is,

**ORDERED**, that the above-described matter is referred to mediation pursuant to this Court's *Procedures Governing Mediation of Matters and the Use of Early Neutral Evaluation and Mediation/ Voluntary Arbitration in Bankruptcy Cases and Adversary Proceedings* (the "*Procedures*") (*see* Local Bankr. R. 9019-1); and it is further

**ORDERED**, that the Parties shall, within seven (7) days of the entry of this Order, select a mediator from the Mediation Register established pursuant to the *Procedures* and inform the Court promptly of the mediator selected. If the Parties are unable to select a mediator during such time period, the Parties must inform the Court and the Court will select a mediator; and it is further

ORDERED, that the Parties have agreed, and shall be responsible, to pay the fees and expenses of the mediator, shared equally (50/50), which may be paid without further order of the Court; and it is further

ORDERED, that a continued hearing on the Motion for Relief and the adequacy of the Debtor's First Amended Disclosure Statement is adjourned to **July 12, 2022 at 10:00 a.m**.

Dated: New York, New York
       May 18th, 2022

                                         **/s/ Lisa G. Beckerman**
                                         HONORABLE LISA G. BECKERMAN
                                         UNITED STATES BANKRUPTCY JUDGE