# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

| | | |
|---|---|---|
| In Re. BLT Restaurant Group LLC f/k/a BLT Management LLC | §<br>§<br>§<br>§ | Case No. 22-10335 |
| Debtor(s) | | |

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/01/2022

Petition Date: 03/18/2022

Months Pending: 1

Industry Classification: 5 8 1 2

Reporting Method:     Accrual Basis ☉     Cash Basis ☐

Debtor's Full-Time Employees (current):     14

Debtor's Full-Time Employees (as of date of order for relief):     15

### Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ James Haber
_____
Signature of Responsible Party
05/19/2022
_____
Date

James Haber
_____
Printed Name of Responsible Party

145 East 57th Street, Floor 11, New York, NY 10022
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  BLT Restaurant Group LLC f/k/a BLT Management LLC                    Case No.  22-10335

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $78,106 | |
| b. | Total receipts (net of transfers between accounts) | $260,843 | $289,272 |
| c. | Total disbursements (net of transfers between accounts) | $271,561 | $368,297 |
| d. | Cash balance end of month (a+b-c) | $67,388 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $271,561 | $368,297 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $166,957 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $54,033 |
| c. | Inventory    (Book ⊙   Market ○   Other ○   (attach explanation)) | $0 |
| d | Total current assets | $256,305 |
| e. | Total assets | $2,502,255 |
| f. | Postpetition payables (excluding taxes) | $811,271 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $811,271 |
| k. | Prepetition secured debt | $7,831,000 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $1,321,656 |
| n. | Total liabilities (debt) (j+k+l+m) | $9,963,927 |
| o. | Ending equity/net worth (e-n) | $-7,461,672 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $93,015 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $93,015 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $209,252 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-116,237 | $-138,069 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  BLT Restaurant Group LLC f/k/a BLT Management LLC                    Case No.  22-10335

**Part 5:  Professional Fees and Expenses**

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  BLT Restaurant Group LLC f/k/a BLT Management LLC          Case No.  22-10335

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  BLT Restaurant Group LLC f/k/a BLT Management LLC                    Case No.  22-10335

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Other | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  BLT Restaurant Group LLC f/k/a BLT Management LLC                    Case No.  22-10335

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  BLT Restaurant Group LLC f/k/a BLT Management LLC                    Case No.  22-10335

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  BLT Restaurant Group LLC f/k/a BLT Management LLC                    Case No.  22-10335

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $10,292 | $13,055 |
| d. | Postpetition employer payroll taxes paid | $10,778 | $16,303 |
| e. | Postpetition property taxes paid | $43 | $43 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○   No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○   No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◉   No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉   No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉   No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉   No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○   No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○   No ○   N/A ◉ | |
| i. | Do you have:          Worker's compensation insurance? | Yes ◉   No ○ | |
| | If yes, are your premiums current? | Yes ◉   No ○   N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉   No ○ | |
| | If yes, are your premiums current? | Yes ◉   No ○   N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ◉   No ○ | |
| | If yes, are your premiums current? | Yes ◉   No ○   N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉   No ○ | |
| k. | Has a disclosure statement been filed with the court? | Yes ◉   No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉   No ○ | |

Debtor's Name  BLT Restaurant Group LLC f/k/a BLT Management LLC                    Case No.  22-10335

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ James Haber | James Haber |
| Signature of Responsible Party | Printed Name of Responsible Party |
| CEO | 05/19/2022 |
| Title | Date |

Debtor's Name BLT Restaurant Group LLC f/k/a BLT Management LLC    Case No. 22-10335



PageOnePartOne



PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Debtor's Name  BLT Restaurant Group LLC f/k/a BLT Management LLC                    Case No.  22-10335



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  BLT Restaurant Group LLC f/k/a BLT Management LLC                    Case No.  22-10335



PageThree



PageFour

**BLT Restaurant Group**
**Case Number 22-10335**
**Receipts**
**Fiscal Period April (April 4 through May 3, 2022)**

| Entity | Date | Amount | Purpose |
|---|---|---|---|
| Heijouen Inc. | 04/04/22 | $ 12,485.00 | License Fees-Osaka & Ginza |
| Square Inc. | 04/04/22 | 242.45 | Gift Card Sales |
| JL Holdings 2002 LLC | 04/04/22 | 100,000.00 | DIP Funding |
| BLT Steak DC | 04/04/22 | 1,524.57 | Management Fees |
| Dawn Homes | 04/04/22 | 12,531.99 | Medical Insurance Reimbursement |
| JL Holdings 2002 LLC | 04/05/22 | 1,639.69 | Medical Insurance Reimbursement |
| Hit the Books | 04/05/22 | 435.54 | FSA Reimbursement |
| Square Inc. | 04/06/22 | 388.10 | Gift Card Sales |
| Trump OPO | 04/07/22 | 3,749.09 | Management Fees |
| BLT Prime Doral | 04/07/22 | 3,484.24 | Management Fees |
| BLT Steak Charlotte | 04/07/22 | 1,535.18 | Management Fees |
| The Florentine | 04/07/22 | 2,385.05 | Management Fees |
| BLT Steak DC | 04/11/22 | 1,971.68 | Management Fees |
| Square Inc. | 04/12/22 | 96.80 | Gift Card Sales |
| Square Inc. | 04/14/22 | 242.45 | Gift Card Sales |
| Desarrollos Hotelco Corporation | 04/14/22 | 8,506.84 | License Fees-Casa Nonna Aruba |
| Trump OPO | 04/14/22 | 2,026.53 | Management Fees |
| BLT Prime Doral | 04/14/22 | 3,723.09 | Management Fees |
| The Florentine | 04/14/22 | 2,208.15 | Management Fees |
| BLT Steak Charlotte | 04/14/22 | 1,726.30 | Management Fees |
| Desarrollos Hotelco Corporation | 04/14/22 | 15,784.82 | License Fees-Steak Aruba |
| Hotelco SRB Hotel Mgt | 04/14/22 | 4,422.12 | License Fees-BLT Steak Bermuda |
| The Florentine | 04/14/22 | 11,830.92 | Gift Card Reimbursement |
| BLT Steak Charlotte | 04/14/22 | 17,108.94 | Gift Card Reimbursement |
| Square Inc. | 04/15/22 | 291.00 | Gift Card Sales |
| BLT Prime Co Ltd. | 04/15/22 | 6,127.09 | License Fees-BLT Steak Roppongi |
| Square Inc. | 04/18/22 | 485.20 | Gift Card Sales |
| BLT Steak DC | 04/18/22 | 2,079.38 | Management Fees |
| Desarrollos Hotelco JWM LTD | 04/19/22 | 11,886.48 | License Fees-Steak Turks & Caicos |
| Desarrollos Hotelco JWM LTD | 04/19/22 | 7,042.08 | License Fees-Casa Nonna Turks & Caicos |
| Square Inc. | 04/20/22 | 291.00 | Gift Card Sales |
| Paylocity | 04/20/22 | 2,916.00 | State U/E Tax Refund |
| Trump OPO | 04/21/22 | 1,485.58 | Management Fees |
| BLT Prime Doral | 04/21/22 | 1,688.47 | Management Fees |
| The Florentine | 04/21/22 | 2,132.48 | Management Fees |
| BLT Steak Charlotte | 04/21/22 | 1,356.80 | Management Fees |
| Square Inc. | 04/22/22 | 96.80 | Gift Card Sales |
| Beneflex | 04/26/22 | 1,981.64 | FSA Reimbursement |
| Square Inc. | 04/27/22 | 96.80 | Gift Card Sales |
| BLT Steak | 04/27/22 | 205.00 | Expense Reimbursements |
| BLT Prime Lexington | 04/27/22 | 315.00 | Expense Reimbursements |
| BLT Prime Doral | 04/27/22 | 800.00 | Expense Reimbursements |
| The Florentine | 04/27/22 | 1,050.00 | Expense Reimbursements |
| Square Inc. | 04/28/22 | 145.35 | Gift Card Sales |
| Trump OPO | 04/28/22 | 496.75 | Management Fees |
| BLT Prime Doral | 04/28/22 | 1,590.83 | Management Fees |
| The Florentine | 04/28/22 | 2,499.15 | Management Fees |
| BLT Steak Charlotte | 04/28/22 | 1,768.85 | Management Fees |
| BLT Steak Charlotte | 04/29/22 | 426.20 | Expense Reimbursements |
| BLT Steak | 04/29/22 | 470.54 | Expense Reimbursements |
| BLT Prime Lexington | 04/29/22 | 1,069.10 | Expense Reimbursements |

**Total Receipts**                              **260,843.11**

**BLT Restaurant Group**
**Case Number 22-10335**
**Disbursements**
**Fiscal Period April (April 4 through May 1, 2022)**

| Entity | Date | Amount | Purpose |
|---|---|---|---|
| Paylocity | 04/08/22 | $ 22,041.52 | Payroll-Direct Deposit |
| Paylocity | 04/08/22 | 11,510.91 | Payroll-Taxes |
| ForUsAll | 04/08/22 | 4,367.93 | 401K |
| Paylocity | 04/15/22 | $ 22,355.48 | Payroll-Direct Deposit |
| Paylocity | 04/15/22 | 11,510.95 | Payroll-Taxes |
| ForUsAll | 04/15/22 | 4,053.93 | 401K |
| Paylocity | 04/22/22 | $ 21,108.85 | Payroll-Direct Deposit |
| Paylocity | 04/22/22 | 11,114.62 | Payroll-Taxes |
| ForUsAll | 04/22/22 | 4,447.65 | 401K |
| Paylocity | 04/29/22 | $ 21,673.08 | Payroll-Direct Deposit |
| Paylocity | 04/29/22 | 11,222.01 | Payroll-Taxes |
| Paylocity | 04/29/22 | 430.54 | Payroll Processing |
| ForUsAll | 04/29/22 | 4,116.48 | 401K |
| Met Life | 04/04/22 | 777.46 | April Dental Premium |
| Oxford Health | 04/04/22 | 18,661.31 | April Medical Premium |
| 145 East 57th Street Associates LLC | 04/04/22 | 24,924.29 | April Rent |
| BLT Steak LLC | 04/04/22 | 25,000.00 | Funding for Cash Shortfall |
| Scott Cronin | 04/04/22 | 1,652.17 | Expense Reimbursement |
| BLT Prime Lexington LLC | 04/04/22 | 25,000.00 | Funding for Cash Shortfall |
| Clarity Benefit Solutions | 04/06/22 | 468.70 | Employee FSA Fees |
| Puiz Sooksagium | 04/11/22 | 1,000.57 | Expense Reimbursement |
| Casa Nonna NYC LLC | 04/15/22 | 3,000.00 | Funding for Cash Shortfall |
| Square Inc. | 04/19/22 | 194.20 | Gift Card Refund |
| LTUS Corp. | 04/21/22 | 3,706.00 | License Fee Expense |
| LTUS Corp. | 04/21/22 | 10,018.00 | License Fee Expense |
| Verizon Wireless | 04/21/22 | 716.50 | Smart Phones |
| Highline Building Services | 04/21/22 | 1,680.76 | Office Cleaning |
| Beneflex | 04/26/22 | 1,471.77 | Employee FSA Funds |
| Verizon FIOS | 04/28/22 | 1,814.84 | Internet/Cable |
| Verizon Wireless | 04/28/22 | 802.31 | Smart Phones |
| Canon | 04/28/22 | 718.71 | Office Copier |

**Total Disbursements**                     **$ 271,561.54**

## BLT RESTAURANT GROUP LLC
### Balance Sheet
### As of May 1, 2022

**Case Number 22-10335**

| | 05/01/22 | 04/03/22 |
|---|---|---|
| **ASSETS** | | |
| **Cash** | | |
| Signature DIP-Operating | $ 60,246 | $ 74,926 |
| Signature DIP-Payroll | 5,142 | 1,180 |
| Petty Cash | 2,000 | 2,000 |
| **Cash** | $ 67,388 | $ 78,106 |
| | | |
| **Other Current Assets** | | |
| License/Management Fees Receivable | 166,957 | 154,671 |
| Other Receivables | 21,961 | 25,534 |
| **Total Other Current Assets** | 188,918 | 180,205 |
| | | |
| **Total Current Assets** | 256,305 | 258,311 |
| | | |
| **Other Assets** | | |
| Security Deposit | 95,698 | 95,698 |
| Pre-paid Arbitration Fees | 49,200 | 49,200 |
| Company Receivable - Owned Restaurants | 286,751 | 236,751 |
| Due from Partially Owned Restaurants | 32,459 | 32,459 |
| Investment in Operating Restaurants | 991,100 | 988,100 |
| Loan Receivable | 1,330,272 | 1,330,272 |
| Investments - Others | (539,531) | (514,559) |
| **Total Other Assets** | 2,245,949 | 2,217,921 |
| | | |
| **TOTAL ASSETS** | $ 2,502,255 | $ 2,476,232 |
| | | |
| **LIABILITIES & EQUITY** | | |
| **Current Liabilities** | | |
| Accounts Payable | $ 11,090 | $ 5,917 |
| Accrued Payroll | 59,974 | 54,077 |
| Gift Certificates | 640,207 | 609,017 |
| DIP Funding- JL Holdings | 100,000 | - |
| **Total Current Liabilities** | 811,271 | 669,011 |
| | | |
| **Pre-Petition Liabilities** | | |
| Accounts Payable | - | - |
| Note Payable- JL Holdings | 7,831,000 | 7,831,000 |
| Note Payable- SBA Blue Ridge | 1,321,656 | 1,321,656 |
| **Total Pre-Petition Liabilities** | 9,152,656 | 9,152,656 |
| | | |
| **Equity** | | |
| Members Equity | (7,323,603) | (7,323,603) |
| Net Income/(Loss) | (138,069) | (21,831) |
| **Total Equity** | (7,461,672) | (7,345,435) |
| | | |
| **TOTAL LIABILITIES & EQUITY** | $ 2,502,255 | $ 2,476,232 |

**BLT Restaurant Group LLC**
**Profit & Loss Statement**
**April 2022**

Case Number 22-10335

| | YTD | April 4 thru May 1 | March 19 thru April 3 |
|---|---|---|---|
| **License/Management Fee Income** | | | |
| License Fee Income | 99,462 | 63,479 | 35,983 |
| Management Fee Income | 50,627 | 30,003 | 20,624 |
| **Total License Fees Income** | **150,090** | **93,483** | **56,607** |
| | | | |
| Management Fee Income, Related Party | 29,295 | 24,504 | 4,790 |
| Pass thru Income | (24,972) | (24,972) | - |
| **Total Other Income** | **4,323** | **(468)** | **4,790** |
| | | | |
| **Total Revenue** | **154,412** | **93,015** | **61,397** |
| | | | |
| **Cost of Sales** | - | - | - |
| | | | |
| **Gross Profit** | **154,412** | **93,015** | **61,397** |
| | | | |
| | | | |
| **Payroll Expenses** | | | |
| Payroll | 210,753 | 139,377 | 71,376 |
| Payroll Taxes | 12,234 | 7,074 | 5,160 |
| Payroll Services | 891 | 891 | - |
| Employee Benefits | 20,175 | 19,374 | 800 |
| **Total Payroll Expenses** | **244,053** | **166,717** | **77,337** |
| | | | |
| **Variable Operating Expenses** | | | |
| Supplies-Office | 200 | - | 200 |
| China & Glassware | - | - | - |
| Credit Card Charges | 123 | 68 | 54 |
| Linen & Uniforms | - | - | - |
| **Total Variable Operating Expenses** | **323** | **68** | **255** |
| | | | |
| **Fixed Operating Expenses** | | | |
| Repairs & Maintenance | - | - | - |
| Repairs & Maintenance-Recurring | 1,681 | 1,681 | - |
| Professional | - | - | - |
| Utilities | 358 | 358 | - |
| Insurance, Business & Liability | - | - | - |
| Insurance, Workers Comp | (52) | (34) | (18) |
| Office | 831 | 816 | 15 |
| Travel & Entertainment | 980 | 1,374 | (393) |
| Flowers & Decorations | - | - | - |
| Advertising & Promotion | - | - | - |
| Computer Services | 1,815 | 1,815 | - |
| Freight & Messengers | 116 | - | 116 |
| Filing Fees | - | - | - |
| Consulting Fees - LTUS Corp | 16,282 | 11,090 | 5,192 |
| Bank Fees | - | - | - |
| Telephone & Internet | 1,527 | 802 | 725 |
| **Total Fixed Operating Expenses** | **23,539** | **17,902** | **5,637** |
| | | | |
| **Total Operating Expenses** | **267,915** | **184,687** | **83,228** |
| | | | |
| **EBITDA before Occupancy from Continuing Operations** | **(113,503)** | **(91,671)** | **(21,831)** |
| | | | |
| Rent | 24,523 | 24,523 | - |
| Real Estate Taxes | 43 | 43 | - |
| Personal Property tax | - | - | - |
| Sundry Taxes | - | - | - |
| **Total Occupancy Expenses** | **24,566** | **24,566** | **-** |
| | | | |
| **Total Net Income (Loss)** | **$ (138,069)** | **$ (116,237)** | **$ (21,831)** |

# BLT Restaurant Group LLC
# A/R Aging Summary
### As of May 1, 2022

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Steak DC** | 0.00 | 6,548.84 | 0.00 | 0.00 | 0.00 | 6,548.84 |
| **Turks & Caicos, Casa Nonna** | 0.00 | 5,860.91 | 0.00 | 0.00 | 0.00 | 5,860.91 |
| **Turks & Caicos** | 0.00 | 12,738.48 | 0.00 | 0.00 | 0.00 | 12,738.48 |
| **BLT Steak Bermuda** | 0.00 | 7,201.36 | 0.00 | 0.00 | 0.00 | 7,201.36 |
| **BLT Osaka** | 0.00 | 2,860.75 | 0.00 | 0.00 | 0.00 | 2,860.75 |
| **Casa Nonna Aruba** | 0.00 | 7,788.27 | 0.00 | 0.00 | 0.00 | 7,788.27 |
| **BLT Aruba** | 0.00 | 15,811.71 | 0.00 | 0.00 | 0.00 | 15,811.71 |
| **BLT Ginza** | 0.00 | 5,116.52 | 0.00 | 0.00 | 0.00 | 5,116.52 |
| **BLT Steak Tokyo, Roppongi** | 0.00 | 4,416.55 | 0.00 | 0.00 | 0.00 | 4,416.55 |
| **BLT Steak Korea** | 0.00 | 7,701.17 | 0.00 | 0.00 | 0.00 | 7,701.17 |
| **The Florentine** | 0.00 | 3,013.07 | 0.00 | 0.00 | 0.00 | 3,013.07 |
| **BLT Charlotte** | 0.00 | 1,966.65 | 0.00 | 0.00 | 0.00 | 1,966.65 |
| **BLT Waikiki** | 0.00 | 12,380.00 | 7,468.91 | 9,730.00 | 54,033.26 | 83,612.17 |
| **BLT Prime Trump Doral** | 0.00 | 2,320.57 | 0.00 | 0.00 | 0.00 | 2,320.57 |
| **Trump Old Post Office** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | **0.00** | **95,724.85** | **7,468.91** | **9,730.00** | **54,033.26** | **166,957.02** |

**Page 1 of 1**

Case Number 22-10335

**BLT Restaurant Group LLC**
**A/P Aging Summary**
**As of May 1, 2022**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Delbello, Donnellan,Weingarten,Wise, & Wi | 0.00 | 9,347.07 | 0.00 | 0.00 | 0.00 | 9,347.07 |
| LTUS Corp | 0.00 | 11,090.00 | 0.00 | 0.00 | 0.00 | 11,090.00 |
| TOTAL | 0.00 | 20,437.07 | 0.00 | 0.00 | 0.00 | 20,437.07 |

**BLT Restaurant Group LLC**
**Case # 22-10335**
**Insiders Compensation-April 4 to May 1, 2022**

| Name | Salary |
|------|--------|
| Samantha Haber | $ 13,846 |
| David Selinger | 7,692 |
| John Huber | 7,692 |
| Christopher Romano | 14,000 |
| **Total Salary** | **$ 43,231** |

4:19 PM
05/13/22

# BLT Restaurant Group LLC
# Reconciliation Detail
### BLTRG DIP-Operating, Period Ending 04/29/2022

| | Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | 56,377.40 |
| **Cleared Transactions** | | | | | | | |
| **Checks and Payments - 1 item** | | | | | | | |
| | Bill Pmt -Check | 04/28/2022 | ACH | Canon Financial Services, Inc. | √ | -718.71 | -718.71 |
| Total Checks and Payments | | | | | | -718.71 | -718.71 |
| **Deposits and Credits - 7 items** | | | | | | | |
| | Deposit | 04/28/2022 | | Trump OPO | √ | 496.75 | 496.75 |
| | Deposit | 04/28/2022 | | BLT Prime Doral | √ | 1,590.83 | 2,087.58 |
| | Deposit | 04/28/2022 | | BLT Steak Charlotte | √ | 1,768.85 | 3,856.43 |
| | Deposit | 04/28/2022 | | The Florentine | √ | 2,499.15 | 6,355.58 |
| | Deposit | 04/29/2022 | | BLT Steak Charlotte | √ | 426.20 | 6,781.78 |
| | Deposit | 04/29/2022 | | BLT Steak | √ | 470.54 | 7,252.32 |
| | Deposit | 04/29/2022 | | BLT Prime Lexington | √ | 1,069.10 | 8,321.42 |
| Total Deposits and Credits | | | | | | 8,321.42 | 8,321.42 |
| Total Cleared Transactions | | | | | | 7,602.71 | 7,602.71 |
| **Cleared Balance** | | | | | | 7,602.71 | 63,980.11 |
| **Uncleared Transactions** | | | | | | | |
| **Checks and Payments - 4 items** | | | | | | | |
| | Bill Pmt -Check | 04/01/2022 | SCH | FedEx | √ | -116.42 | -116.42 |
| | Bill Pmt -Check | 04/11/2022 | 1002 | Puiz Sooksaguim | √ | -1,000.57 | -1,116.99 |
| | Bill Pmt -Check | 04/28/2022 | EFT | Verizon U0251940 | √ | -1,814.84 | -2,931.83 |
| | Bill Pmt -Check | 04/28/2022 | EFT | Verizon Wireless | | -802.31 | -3,734.14 |
| Total Checks and Payments | | | | | | -3,734.14 | -3,734.14 |
| Total Uncleared Transactions | | | | | | -3,734.14 | -3,734.14 |
| Register Balance as of 04/29/2022 | | | | | | 3,868.57 | 60,245.97 |

**\*Please note that bank reconciliations are done Daily. This reconciliation represents the activity for the business last day of the fiscal period.**

4:34 PM
05/13/22

# BLT Restaurant Group LLC
## Reconciliation Detail
### BLTRG DIP-Payroll, Period Ending 04/29/2022

| | Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | 9,688.71 |
|   **Cleared Transactions** | | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | | |
| | General Journal | 04/29/2022 | we 04/24/22 | Paylocity | √ | -430.54 | -430.54 |
|     Total Checks and Payments | | | | | | -430.54 | -430.54 |
|     **Deposits and Credits - 1 item** | | | | | | | |
| | General Journal | 05/06/2022 | we 05/01/22 | Paylocity | √ | 0.00 | 0.00 |
|     Total Deposits and Credits | | | | | | 0.00 | 0.00 |
|   Total Cleared Transactions | | | | | | -430.54 | -430.54 |
| Cleared Balance | | | | | | -430.54 | 9,258.17 |
|   **Uncleared Transactions** | | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | | |
| | General Journal | 04/29/2022 | we 04/24/22 | Mid Atlantic Trust (ForUsAll) | √ | -4,116.48 | -4,116.48 |
|     Total Checks and Payments | | | | | | -4,116.48 | -4,116.48 |
|   Total Uncleared Transactions | | | | | | -4,116.48 | -4,116.48 |
| Register Balance as of 04/29/2022 | | | | | | -4,547.02 | 5,141.69 |

**\*Please note that bank reconciliations are done Daily. This reconciliation represents the activity for the business last day of the fiscal period.**



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                   From April    01, 2022
                                   To   April    30, 2022
                                   Page    1 of    8

                                   PRIVATE CLIENT GROUP 316
                                   950 THIRD AVENUE
                                   NEW YORK, NY 10022


        BLT RESTAURANT GROUP LLC             9-316
        FKA BLT MANAGEMENT LLC DIP CASE# 2210335
        145 EAST 57TH STREET, FLOOR 11
        NEW YORK NY  10022            999
                                        See Back for Important Information


                                   Primary Account: 1504666448        3

        IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
        ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
        E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
        FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
        THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
        YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
        OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
        & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
        IDENTITY AND PERSONAL INFORMATION.
```

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1504666448 | BANKRUPTCY CHECKING | 65,572.50 | 63,980.11 |
| | | | |
| RELATIONSHIP | TOTAL | | 63,980.11 |

*Signature* | **SIGNATURE BANK**

```
                                    Statement Period
                                From April    01, 2022
                                To   April    30, 2022
                                Page    2 of    8

                                PRIVATE CLIENT GROUP 316
                                950 THIRD AVENUE
                                NEW YORK, NY 10022
```

```
          BLT RESTAURANT GROUP LLC                9-316
          FKA BLT MANAGEMENT LLC DIP CASE# 2210335
          145 EAST 57TH STREET, FLOOR 11
          NEW YORK NY  10022                 999
```

See Back for Important Information

Primary Account: 1504666448          3

BANKRUPTCY CHECKING          1504666448

## Summary

| | |
|---|---:|
| Previous Balance as of April    01, 2022 | 65,572.50 |
| 54 Credits | 267,397.48 |
| 19 Debits | 268,989.87 |
| Ending Balance as of   April    30, 2022 | 63,980.11 |

## Deposits and Other Credits

| | | | |
|---|---|---|---:|
| Apr 01 | INCOMING WIRE | | 1,626.67 |
| | REF#  20220401B6B7261F00311704010942FT01 | | |
| | FROM: TRUMP OLD POST OFFICE LLC        ABA:   055001096 | | |
| | BANK: | | |
| Apr 01 | INCOMING WIRE | | 2,329.46 |
| | REF#  20220401B6B7261F00277304010857FT01 | | |
| | FROM: 151 W ADAMS RESTAURANT LLC       ABA:   042000314 | | |
| | BANK: | | |
| Apr 01 | INCOMING WIRE | | 3,746.73 |
| | REF#  20220401B6B7261F00293904010916FT01 | | |
| | FROM: THC MIAMI RESTAURANT HOSPITALITY L  ABA:   082902757 | | |
| | BANK: | | |
| Apr 01 | INCOMING WIRE | | 12,485.00 |
| | REF#  20220401B6B7261F00135204010801FT01 | | |
| | FROM: HEIJOUEN INC 1F 3-15-5 AYASE ADACH  ABA:   000141503 | | |
| | BANK: THE SHIZUOKA BANK LTD | | |
| Apr 01 | ONLINE TRANSFER CREDIT | | 1,767.51 |
| | ONLINE XFR FROM: XXXXXX2529 | | |
| Apr 04 | ACH DEPOSIT          ck/ref no.    9450037 | | 242.45 |
| | SQUARE INC       220404P2      L205705947232 | | |
| Apr 04 | INCOMING WIRE | | 12,531.99 |
| | REF#  20220404B6B7261F00577304041437FT01 | | |
| | FROM: HUDSON VALLEY DRI LLC          ABA:   041001039 | | |
| | BANK: | | |
| Apr 04 | MOBILE DEPOSIT | | 1,524.57 |

# 𝒮𝒾𝑔𝓃𝒶𝓉𝓊𝓇𝑒 | SIGNATURE BANK

```
                                              Statement Period
                                         From April    01, 2022
                                         To   April    30, 2022
                                         Page    3 of    8

                                         PRIVATE CLIENT GROUP 316
                                         950 THIRD AVENUE
                                         NEW YORK, NY 10022
```

```
         BLT RESTAURANT GROUP LLC                  9-316
         FKA BLT MANAGEMENT LLC DIP CASE# 2210335
         145 EAST 57TH STREET, FLOOR 11
         NEW YORK NY  10022                 999
```

See Back for Important Information

Primary Account: 1504666448          3

| Date | Description | |
|------|-------------|---|
| Apr 04 | ONLINE TRANSFER CREDIT<br>ONLINE XFR FROM: XXXXXX2795 | 100,000.00 |
| Apr 05 | ONLINE TRANSFER CREDIT<br>ONLINE XFR FROM: XXXXXX0840 | 435.54 |
| Apr 05 | ONLINE TRANSFER CREDIT<br>ONLINE XFR FROM: XXXXXX2795 | 1,639.69 |
| Apr 06 | ACH DEPOSIT            ck/ref no.   9829620<br>SQUARE INC       220406P2     L205706440436 | 388.10 |
| Apr 08 | INCOMING WIRE<br>REF#  20220408B6B7261F00294804081045FT01<br>FROM: 151 W ADAMS RESTAURANT LLC        ABA:  042000314<br>BANK: | 2,385.05 |
| Apr 08 | INCOMING WIRE<br>REF#  20220408B6B7261F00299404081051FT01<br>FROM: THC MIAMI RESTAURANT HOSPITALITY L  ABA:  082902757<br>BANK: | 3,484.24 |
| Apr 08 | INCOMING WIRE<br>REF#  20220408B6B7261F00294204081044FT01<br>FROM: TRUMP OLD POST OFFICE LLC          ABA:  055001096<br>BANK: | 3,749.09 |
| Apr 11 | MOBILE DEPOSIT | 1,971.68 |
| Apr 11 | ONLINE TRANSFER CREDIT<br>ONLINE XFR FROM: XXXXXX2529 | 1,535.18 |
| Apr 12 | ACH DEPOSIT            ck/ref no.    619187<br>SQUARE INC       220412P2     L205707995325 | 96.80 |
| Apr 13 | INCOMING WIRE<br>REF#  20220413B6B7261F00598804131653FT03<br>FROM: DESARROLLOS HOTELCO CORPORATION DH  ABA:  CMBAAWAX<br>BANK: CARIBBEAN MERCANTILE BANK<br>OBI:  ROYALTY FEE- CASA NONNA RESTAURANT.MARCH, 2022.<br>OBI:<br>OBI: | 8,506.84 |
| Apr 14 | ACH DEPOSIT            ck/ref no.    963889<br>SQUARE INC       220414P2     L205708632162 | 242.45 |
| Apr 14 | INCOMING WIRE<br>REF#  20220414B6B7261F00206004140911FT03<br>FROM: TRUMP OLD POST OFFICE LLC          ABA:  055001096<br>BANK: | 2,026.53 |
| Apr 14 | INCOMING WIRE | 2,208.15 |

# SIGNATURE BANK

|  | Statement Period |
|---|---|
|  | From April    01, 2022 |
|  | To   April   30, 2022 |
|  | Page    4 of    8 |

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                    9-316
FKA BLT MANAGEMENT LLC DIP CASE# 2210335
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022                    999

See Back for Important Information

Primary Account: 1504666448          3

| Date | Description | |
|---|---|---|
|  | REF#  20220414B6B7261F00188704140845FT03 | |
|  | FROM: 151 W ADAMS RESTAURANT LLC          ABA:   042000314 | |
|  | BANK: | |
| Apr 14 | INCOMING WIRE | 3,723.09 |
|  | REF#  20220414B6B7261F00205804140911FT03 | |
|  | FROM: THC MIAMI RESTAURANT HOSPITALITY L  ABA:   082902757 | |
|  | BANK: | |
| Apr 14 | INCOMING WIRE | 4,422.12 |
|  | REF#  20220414B6B7261F00439404141347FT03 | |
|  | FROM: HOTELCO SRB HOTEL MGT ACCTS PAYABL  ABA:   890057090 | |
|  | BANK: THE BANK OF N.T. BUTTERFIELD | |
|  | OBI:  ST REGIS BERMUDA RESORT INV 0011//MARCH 2022 | |
|  | OBI: | |
|  | OBI: | |
| Apr 14 | INCOMING WIRE | 11,830.92 |
|  | REF#  20220414B6B7261F00604104141640FT03 | |
|  | FROM: 151 W ADAMS RESTAURANT LLC          ABA:   042000314 | |
|  | BANK: | |
| Apr 14 | INCOMING WIRE | 15,784.82 |
|  | REF#  20220414B6B7261F00557604141548FT03 | |
|  | FROM: DESARROLLOS HOTELCO CORPORATION DH  ABA:   CMBAAWAX | |
|  | BANK: CARIBBEAN MERCANTILE BANK | |
|  | OBI:  ROYALTY FEE- BLT RESTAURANT. MARCH,2022. | |
|  | OBI: | |
|  | OBI: | |
| Apr 14 | ONLINE TRANSFER CREDIT | 1,726.30 |
|  | ONLINE XFR FROM: XXXXXX2529 | |
| Apr 14 | ONLINE TRANSFER CREDIT | 17,108.94 |
|  | ONLINE XFR FROM: XXXXXX2529 | |
| Apr 15 | ACH DEPOSIT          ck/ref no.   1251191 | 291.00 |
|  | SQUARE INC        220415P2     L205708939711 | |
| Apr 15 | INCOMING WIRE | 6,127.09 |
|  | REF#  20220415B6B7261F00007604150104FT03 | |
|  | FROM: BLT PRIME CO LTD                    ABA:   DIWAJPJT | |
|  | BANK: RESONA BANK LTD | |
|  | OBI:  MONTHLY MINIMUM FEE 2022 MARCH | |
|  | OBI: | |
|  | OBI: | |

# *Signature* | SIGNATURE BANK

Statement Period
From April    01, 2022
To    April    30, 2022
Page    5 of    8

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

```
BLT RESTAURANT GROUP LLC                    9-316
FKA BLT MANAGEMENT LLC DIP CASE# 2210335
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022              999
```

See Back for Important Information

Primary Account: 1504666448        3

| Date | Description | | | Amount |
|---|---|---|---|---:|
| Apr 18 | ACH DEPOSIT | ck/ref no. | 1421956 | 485.20 |
| | SQUARE INC | 220418P2 | L205709556644 | |
| Apr 18 | MOBILE DEPOSIT | | | 2,079.38 |
| Apr 19 | INCOMING WIRE | | | 7,042.08 |
| | REF#  20220419B6B7261F00377104191313FT03 | | | |
| | BANK: SCOTIABANK (TURKS AND CAICOS) LT | | | |
| | OBI:  2203CN | | | |
| | OBI: | | | |
| | OBI: | | | |
| Apr 19 | INCOMING WIRE | | | 11,886.48 |
| | REF#  20220419B6B7261F00372804191305FT03 | | | |
| | BANK: SCOTIABANK (TURKS AND CAICOS) LT | | | |
| | OBI:  0322BLTFEE | | | |
| | OBI: | | | |
| | OBI: | | | |
| Apr 20 | ACH DEPOSIT | ck/ref no. | 1721814 | 291.00 |
| | SQUARE INC | 220420P2 | L205710097114 | |
| Apr 22 | ACH DEPOSIT | ck/ref no. | 2077885 | 96.80 |
| | SQUARE INC | 220422P2 | L205710759486 | |
| Apr 22 | INCOMING WIRE | | | 1,485.58 |
| | REF#  20220422B6B7261F00230904221012FT03 | | | |
| | FROM: TRUMP OLD POST OFFICE LLC        ABA:  055001096 | | | |
| | BANK: | | | |
| Apr 22 | INCOMING WIRE | | | 1,688.47 |
| | REF#  20220422B6B7261F00238504221026FT03 | | | |
| | FROM: THC MIAMI RESTAURANT HOSPITALITY L  ABA:  082902757 | | | |
| | BANK: | | | |
| Apr 22 | INCOMING WIRE | | | 2,132.48 |
| | REF#  20220422B6B7261F00230804221012FT03 | | | |
| | FROM: 151 W ADAMS RESTAURANT LLC        ABA:  042000314 | | | |
| | BANK: | | | |
| Apr 25 | ONLINE TRANSFER CREDIT | | | 1,356.80 |
| | ONLINE XFR FROM: XXXXXX2529 | | | |
| Apr 26 | ACH DEPOSIT | ck/ref no. | 2321340 | 1,981.64 |
| | BENEFLEX INC        ESQBLT        BENE2HOSP | | | |
| | 002 00000000001981642223205534 | | | |
| Apr 27 | ACH DEPOSIT | ck/ref no. | 2616277 | 96.80 |
| | SQUARE INC | 220427P2 | L205711918511 | |
| Apr 27 | INCOMING WIRE | | | 800.00 |
| | REF#  20220427B6B7261F00411304271331FT03 | | | |

# SIGNATURE BANK

```
                                    Statement Period
                                    From April   01, 2022
                                    To   April   30, 2022
                                    Page   6 of     8

                                    PRIVATE CLIENT GROUP 316
                                    950 THIRD AVENUE
                                    NEW YORK, NY 10022


        BLT RESTAURANT GROUP LLC                9-316
        FKA BLT MANAGEMENT LLC DIP CASE# 2210335
        145 EAST 57TH STREET, FLOOR 11
        NEW YORK NY  10022              999
                                    See Back for Important Information


                                    Primary Account: 1504666448        3
```

| Date | Description | |
|------|-------------|---|
| | FROM: THC MIAMI RESTAURANT HOSPITALITY L  ABA:  082902757 | |
| | BANK: | |
| Apr 27 | INCOMING WIRE | 1,050.00 |
| | REF#  20220427B6B7261F00401804271317FT03 | |
| | FROM: 151 W ADAMS RESTAURANT LLC        ABA:  042000314 | |
| | BANK: | |
| Apr 27 | ONLINE TRANSFER CREDIT | 205.00 |
| | ONLINE XFR FROM: XXXXXX3056 | |
| Apr 27 | ONLINE TRANSFER CREDIT | 315.00 |
| | ONLINE XFR FROM: XXXXXX1304 | |
| Apr 28 | ACH DEPOSIT          ck/ref no.   2807171 | 145.35 |
| | SQUARE INC          220428P2      L205712227316 | |
| Apr 29 | INCOMING WIRE | 496.75 |
| | REF#  20220429B6B7261F00269904290920FT03 | |
| | FROM: TRUMP OLD POST OFFICE LLC        ABA:  055001096 | |
| | BANK: | |
| Apr 29 | INCOMING WIRE | 1,590.83 |
| | REF#  20220429B6B7261F00274104290926FT03 | |
| | FROM: THC MIAMI RESTAURANT HOSPITALITY L  ABA:  082902757 | |
| | BANK: | |
| Apr 29 | INCOMING WIRE | 2,499.15 |
| | REF#  20220429B6B7261F00266804290916FT03 | |
| | FROM: 151 W ADAMS RESTAURANT LLC        ABA:  042000314 | |
| | BANK: | |
| Apr 29 | ONLINE TRANSFER CREDIT | 426.20 |
| | ONLINE XFR FROM: XXXXXX2529 | |
| Apr 29 | ONLINE TRANSFER CREDIT | 470.54 |
| | ONLINE XFR FROM: XXXXXX3056 | |
| Apr 29 | ONLINE TRANSFER CREDIT | 1,069.10 |
| | ONLINE XFR FROM: XXXXXX1304 | |
| Apr 29 | ONLINE TRANSFER CREDIT | 1,768.85 |
| | ONLINE XFR FROM: XXXXXX2529 | |

```
Withdrawals and Other Debits
  Apr 01  OUTGOING WIRE                                                        777.46
          REF#  20220401B6B7261F006539
          TO:   Metropolitan Life Insurance Compan  ABA:  101000019
          BANK: COMMERCE BANK                    ACCT# 9990329
          OBI:  Customer 5339652 Division 0016
```

*Signature* | SIGNATURE BANK

Statement Period
From April     01, 2022
To   April     30, 2022
Page     7 of     8

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                  9-316
FKA BLT MANAGEMENT LLC DIP CASE# 2210335
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022             999

See Back for Important Information

Primary Account: 1504666448        3

| Date | Description | |
|------|-------------|---|
| | OBI: | |
| | OBI: | |
| Apr 04 | OUTGOING WIRE | 24,924.29 |
| | REF# 20220404B6B7261F003734 | |
| | TO:  145 East 57th Street Associates LL  ABA:  021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA          ACCT# 890912376 | |
| | OBI:  April Rent 11th Floor | |
| | OBI: | |
| | OBI: | |
| Apr 04 | ONLINE TRANSFER DEBIT | 25,000.00 |
| | ONLINE XFR TO: XXXXXX3056 | |
| Apr 04 | AUTOMATED PAYMENT       ck/ref no.   9498975 | 18,661.31 |
| | UNITED HEALTHCAR    EDI PAYMTS   654179072327 | |
| | ISA*00*        *00*        *ZZ*141128924 | |
| Apr 05 | ONLINE TRANSFER DEBIT | 25,000.00 |
| | ONLINE XFR TO: XXXXXX1304 | |
| Apr 05 | ONLINE TRANSFER DEBIT | 38,000.00 |
| | ONLINE XFR TO: XXXXXX6456 | |
| Apr 07 | AUTOMATED PAYMENT       ck/ref no.   9965546 | 468.70 |
| | BENEFLEX INC       BT0406       000000172612198 | |
| Apr 13 | ONLINE TRANSFER DEBIT | 38,000.00 |
| | ONLINE XFR TO: XXXXXX6456 | |
| Apr 15 | ONLINE TRANSFER DEBIT | 3,000.00 |
| | ONLINE XFR TO: XXXXXX8559 | |
| Apr 19 | AUTOMATED PAYMENT       ck/ref no.   1541176 | 194.20 |
| | SQUARE INC       220419P2       L205709783001 | |
| Apr 20 | ONLINE TRANSFER DEBIT | 38,000.00 |
| | ONLINE XFR TO: XXXXXX6456 | |
| Apr 25 | AUTOMATED PAYMENT       ck/ref no.   2090117 | 716.50 |
| | ACHMA VISB       BILL PYMNT   3546436 | |
| Apr 26 | AUTOMATED PAYMENT       ck/ref no.   2321344 | 1,471.77 |
| | BENEFLEX INC       ESQBLT       BENE2HOSP | |
| Apr 27 | OUTGOING WIRE | 1,680.76 |
| | REF# 20220427B6B7261F005367 | |
| | TO:  Highline Building Services       ABA:  021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA          ACCT# 672932006 | |
| | OBI:  Customer # 1455711 Inv 34762 | |
| | OBI: | |
| | OBI: | |

# SIGNATURE BANK

Statement Period
From April    01, 2022
To    April    30, 2022
Page    8 of    8

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                9-316
FKA BLT MANAGEMENT LLC DIP CASE# 2210335
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022                999

See Back for Important Information

Primary Account: 1504666448            3

| Date | Description | | | |
|------|-------------|--|--|--|
| Apr 27 | ONLINE TRANSFER DEBIT | | | 37,000.00 |
| | ONLINE XFR TO: XXXXXX6456 | | | |
| Apr 29 | AUTOMATED PAYMENT    ck/ref no.    3055472 | | | 718.71 |
| | CANON        COPIERS    1859206 | | | |

Checks by Serial Number

| Apr 05 | 1001 | 1,652.17 | Apr 26 | 1004 | 10,018.00 |
|--------|------|----------|--------|------|-----------|
| Apr 26 | 1003 * | 3,706.00 | | | |

* Indicates break in check sequence

Daily Balances

| Mar 31 | 65,572.50 | Apr 15 | 116,026.57 |
|--------|-----------|--------|------------|
| Apr 01 | 86,750.41 | Apr 18 | 118,591.15 |
| Apr 04 | 132,463.82 | Apr 19 | 137,325.51 |
| Apr 05 | 69,886.88 | Apr 20 | 99,616.51 |
| Apr 06 | 70,274.98 | Apr 22 | 105,019.84 |
| Apr 07 | 69,806.28 | Apr 25 | 105,660.14 |
| Apr 08 | 79,424.66 | Apr 26 | 92,446.01 |
| Apr 11 | 82,931.52 | Apr 27 | 56,232.05 |
| Apr 12 | 83,028.32 | Apr 28 | 56,377.40 |
| Apr 13 | 53,535.16 | Apr 29 | 63,980.11 |
| Apr 14 | 112,608.48 | | |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From April    01, 2022
                                        To   April    30, 2022
                                        Page    1 of    3

                                        PRIVATE CLIENT GROUP 316
                                        950 THIRD AVENUE
                                        NEW YORK, NY 10022


        BLT RESTAURANT GROUP LLC               8-316
        FKA BLT MANAGEMENT LLC DIP CASE# 2210335
        PAYROLL
        145 EAST 57TH STREET, FLOOR 11
        NEW YORK NY  10022           999           See Back for Important Information


                                        Primary Account: 1504666456        0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| 1504666456 | BANKRUPTCY CHECKING | 5,627.29 | 9,258.17 |
| | | | |
| RELATIONSHIP | TOTAL | | 9,258.17 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

BLT RESTAURANT GROUP LLC                    8-316
FKA BLT MANAGEMENT LLC DIP CASE# 2210335
PAYROLL
145 EAST 57TH STREET, FLOOR 11
NEW YORK NY  10022            999          See Back for Important Information

Primary Account: 1504666456          0

BANKRUPTCY CHECKING          1504666456

## Summary

| | |
|---|---|
| Previous Balance as of April    01, 2022 | 5,627.29 |
| 5 Credits | 153,916.00 |
| 13 Debits | 150,285.12 |
| Ending Balance as of    April    30, 2022 | 9,258.17 |

## Deposits and Other Credits

| | | | | |
|---|---|---|---|---|
| Apr 05 | ONLINE TRANSFER CREDIT | | | 38,000.00 |
| | ONLINE XFR FROM: XXXXXX6448 | | | |
| Apr 13 | ONLINE TRANSFER CREDIT | | | 38,000.00 |
| | ONLINE XFR FROM: XXXXXX6448 | | | |
| Apr 20 | ACH DEPOSIT | ck/ref no. | 1662445 | 2,916.00 |
| | PAYLOCITY CORPOR    TAX COL | | | |
| Apr 20 | ONLINE TRANSFER CREDIT | | | 38,000.00 |
| | ONLINE XFR FROM: XXXXXX6448 | | | |
| Apr 27 | ONLINE TRANSFER CREDIT | | | 37,000.00 |
| | ONLINE XFR FROM: XXXXXX6448 | | | |

## Withdrawals and Other Debits

| | | | | |
|---|---|---|---|---|
| Apr 05 | AUTOMATED PAYMENT | ck/ref no. | 9541031 | 4,447.65 |
| | MID ATLANTIC TR    ACH PULLS    MA000293 | | | |
| Apr 07 | AUTOMATED PAYMENT | ck/ref no. | 9841711 | 11,510.91 |
| | PAYLOCITY CORPOR    TAX COL | | | |
| Apr 07 | AUTOMATED PAYMENT | ck/ref no. | 9844507 | 22,041.52 |
| | 34560 BLT RESTAU    DIR DEP    34560 | | | |
| Apr 12 | AUTOMATED PAYMENT | ck/ref no. | 558875 | 4,367.93 |
| | MID ATLANTIC TR    ACH PULLS    MA000293 | | | |
| Apr 14 | AUTOMATED PAYMENT | ck/ref no. | 808811 | 11,510.95 |
| | PAYLOCITY CORPOR    TAX COL | | | |
| Apr 14 | AUTOMATED PAYMENT | ck/ref no. | 814613 | 22,355.48 |
| | 34560 BLT RESTAU    DIR DEP    34560 | | | |

# SIGNATURE BANK

                                    Statement Period
                                    From April    01, 2022
                                    To   April    30, 2022
                                    Page    3 of    3

                                    PRIVATE CLIENT GROUP 316
                                    950 THIRD AVENUE
                                    NEW YORK, NY 10022

```
        BLT RESTAURANT GROUP LLC                    8-316
        FKA BLT MANAGEMENT LLC DIP CASE# 2210335
        PAYROLL
        145 EAST 57TH STREET, FLOOR 11
        NEW YORK NY  10022              999            See Back for Important Information


                                         Primary Account: 1504666456           0

Apr 19   AUTOMATED PAYMENT      ck/ref no.   1532600                         4,053.93
         MID ATLANTIC TR    ACH PULLS    MA000293
Apr 21   AUTOMATED PAYMENT      ck/ref no.   1730864                        11,114.62
         PAYLOCITY CORPOR   TAX COL
Apr 21   AUTOMATED PAYMENT      ck/ref no.   1734950                        21,108.85
         34560 BLT RESTAU   DIR DEP      34560
Apr 26   AUTOMATED PAYMENT      ck/ref no.   2321866                         4,447.65
         MID ATLANTIC TR    ACH PULLS    MA000293
Apr 28   AUTOMATED PAYMENT      ck/ref no.   2633809                        11,222.01
         PAYLOCITY CORPOR   TAX COL
Apr 28   AUTOMATED PAYMENT      ck/ref no.   2639784                        21,673.08
         34560 BLT RESTAU   DIR DEP      34560
Apr 29   AUTOMATED PAYMENT      ck/ref no.   2830215                           430.54
         34560 BLT RESTAU   BILLING      34560

Daily Balances
  Mar 31        5,627.29             Apr 20       42,254.92
  Apr 05       39,179.64             Apr 21       10,031.45
  Apr 07        5,627.21             Apr 26        5,583.80
  Apr 12        1,259.28             Apr 27       42,583.80
  Apr 13       39,259.28             Apr 28        9,688.71
  Apr 14        5,392.85             Apr 29        9,258.17
  Apr 19        1,338.92
```