# EXHIBIT A

## Jennifer McEntee

| | |
|---|---|
| **From:** | Albert A. Ciardi III |
| **Sent:** | Monday, May 9, 2022 7:01 AM |
| **To:** | Kevin J Nash |
| **Cc:** | Jennifer McEntee |
| **Subject:** | FW: BLT |
| **Attachments:** | BLT Restaurant Group Amended and Restated Operating Agmt.pdf; Appointment of Holdings Inc as sole manager of BLT RestaurantGroup LLC 2022-01-17.pdf; Loan Agreement JL to BLT 2020-02-20.pdf; Pledge Agreement - BLT to JL 2020-02-02.pdf Security Agreement - BLT to JL 2020-02-20.pdf |

Kevin

Attached are the BLT governance docs and the loan docs. I will be sending the bank statements separately.

Albert A Ciardi III
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia  PA 19103
215 599 2018 (o)

1

## Jennifer McEntee

**From:** Albert A. Ciardi III
**Sent:** Monday, May 9, 2022 9:52 AM
**To:** Kevin J Nash
**Subject:** FW: BLT
**Attachments:** 01 9001 2020.zip

**From:** Chris Romano <chris@bltrestaurantgroup.com>
**Sent:** Monday, May 9, 2022 8:24 AM
**To:** Albert A. Ciardi III <Aciardi@ciardilaw.com>; John Huber <johnhuber@junoinvestments.com>; Jimmy Haber <jhaber@bltrestaurantgroup.com>
**Cc:** Angela Mastrangelo <mastrangelo@bk-legal.com>; Jennifer McEntee <JCranston@ciardilaw.com>
**Subject:** RE: BLT

Operating Account 2020. First of 7 e-mails. Please confirm you received all of them. Thanks.

**Chris Romano**
**Chief Financial Officer**
**BLT Restaurant Group**
145 East 57th Street, Floor 11 | New York, NY 10022
O: 212-329-2691 | F: 212-688-7908
www.bltrestaurantgroup.com

1

## Jennifer McEntee

**From:** Albert A. Ciardi III
**Sent:** Monday, May 9, 2022 9:53 AM
**To:** Kevin J Nash
**Subject:** FW: BLT
**Attachments:** 02 9001 2021.zip


**From:** Chris Romano <chris@bltrestaurantgroup.com>
**Sent:** Monday, May 9, 2022 8:24 AM
**To:** Albert A. Ciardi III <Aciardi@ciardilaw.com>; John Huber <johnhuber@junoinvestments.com>; Jimmy Haber <jhaber@bltrestaurantgroup.com>
**Cc:** Angela Mastrangelo <mastrangelo@bk-legal.com>; Jennifer McEntee <JCranston@ciardilaw.com>
**Subject:** RE: BLT

Operating account 2021. 2 of 7.

**Chris Romano**
**Chief Financial Officer**
**BLT Restaurant Group**
145 East 57th Street, Floor 11 | New York, NY 10022
O: 212-329-2691 | F: 212-688-7908
www.bltrestaurantgroup.com

1

## Jennifer McEntee

**From:** Albert A. Ciardi III
**Sent:** Monday, May 9, 2022 9:53 AM
**To:** Kevin J Nash
**Subject:** FW: BLT
**Attachments:** 03 9001 2022.zip

**From:** Chris Romano <chris@bltrestaurantgroup.com>
**Sent:** Monday, May 9, 2022 8:25 AM
**To:** Albert A. Ciardi III <Aciardi@ciardilaw.com>; John Huber <johnhuber@junoinvestments.com>; Jimmy Haber <jhaber@bltrestaurantgroup.com>
**Cc:** Angela Mastrangelo <mastrangelo@bk-legal.com>; Jennifer McEntee <JCranston@ciardilaw.com>
**Subject:** RE: BLT

Operating account 2022. 3 of 7.

**Chris Romano**
**Chief Financial Officer**
**BLT Restaurant Group**
145 East 57th Street, Floor 11 | New York, NY 10022
O: 212-329-2691 | F: 212-688-7908
www.bltrestaurantgroup.com

1

## Jennifer McEntee

**From:** Albert A. Ciardi III
**Sent:** Monday, May 9, 2022 9:53 AM
**To:** Kevin J Nash
**Subject:** FW: BLT
**Attachments:** 02 2020 9573 SBA.zip


**From:** Chris Romano <chris@bltrestaurantgroup.com>
**Sent:** Monday, May 9, 2022 8:25 AM
**To:** Albert A. Ciardi III <Aciardi@ciardilaw.com>; John Huber <johnhuber@junoinvestments.com>; Jimmy Haber <jhaber@bltrestaurantgroup.com>
**Cc:** Angela Mastrangelo <mastrangelo@bk-legal.com>; Jennifer McEntee <JCranston@ciardilaw.com>
**Subject:** RE: BLT

SBA March 2020 through December 2020. 4 of 7.

**Chris Romano**
**Chief Financial Officer**
**BLT Restaurant Group**
145 East 57th Street, Floor 11 | New York, NY 10022
O: 212-329-2691 | F: 212-688-7908
www.bltrestaurantgroup.com

1

## Jennifer McEntee

**From:** Albert A. Ciardi III
**Sent:** Monday, May 9, 2022 9:53 AM
**To:** Kevin J Nash
**Subject:** FW: BLT
**Attachments:** 02 2021 9573 SBA.zip


**From:** Chris Romano <chris@bltrestaurantgroup.com>
**Sent:** Monday, May 9, 2022 8:25 AM
**To:** Albert A. Ciardi III <Aciardi@ciardilaw.com>; John Huber <johnhuber@junoinvestments.com>; Jimmy Haber <jhaber@bltrestaurantgroup.com>
**Cc:** Angela Mastrangelo <mastrangelo@bk-legal.com>; Jennifer McEntee <JCranston@ciardilaw.com>
**Subject:** RE: BLT

SBA 2021. 5 of 7.

**Chris Romano**
**Chief Financial Officer**
**BLT Restaurant Group**
145 East 57th Street, Floor 11 | New York, NY 10022
**O:** 212-329-2691 | **F:** 212-688-7908
www.bltrestaurantgroup.com

1

## Jennifer McEntee

**From:** Albert A. Ciardi III
**Sent:** Monday, May 9, 2022 9:54 AM
**To:** Kevin J Nash
**Subject:** FW: BLT
**Attachments:** 02 2022 9573 SBA.zip


**From:** Chris Romano <chris@bltrestaurantgroup.com>
**Sent:** Monday, May 9, 2022 8:26 AM
**To:** Albert A. Ciardi III <Aciardi@ciardilaw.com>; John Huber <johnhuber@junoinvestments.com>; Jimmy Haber <jhaber@bltrestaurantgroup.com>
**Cc:** Angela Mastrangelo <mastrangelo@bk-legal.com>; Jennifer McEntee <JCranston@ciardilaw.com>
**Subject:** RE: BLT

SBA January through March 2022. 6 of 7.

**Chris Romano**
**Chief Financial Officer**
**BLT Restaurant Group**
145 East 57th Street, Floor 11 | New York, NY 10022
**O:** 212-329-2691 | **F:** 212-688-7908
www.bltrestaurantgroup.com

1

## Jennifer McEntee

| | |
|---|---|
| **From:** | Albert A. Ciardi III |
| **Sent:** | Monday, May 9, 2022 9:54 AM |
| **To:** | Kevin J Nash |
| **Subject:** | FW: BLT |
| **Attachments:** | 03 6448 DIP Operating.zip; 04 6456 DIP Payroll.zip |

**From:** Chris Romano <chris@bltrestaurantgroup.com>
**Sent:** Monday, May 9, 2022 8:26 AM
**To:** Albert A. Ciardi III <Aciardi@ciardilaw.com>; John Huber <johnhuber@junoinvestments.com>; Jimmy Haber <jhaber@bltrestaurantgroup.com>
**Cc:** Angela Mastrangelo <mastrangelo@bk-legal.com>; Jennifer McEntee <JCranston@ciardilaw.com>
**Subject:** RE: BLT

1. BLT Restaurant Group DIP Operating Account-March & April 2022
2. BLT Restaurant Group DIP Payroll Account-March & April 2022

7 of 7.

**Chris Romano**
**Chief Financial Officer**
**BLT Restaurant Group**
145 East 57th Street, Floor 11  |  New York, NY 10022
O: 212-329-2691  |  F: 212-688-7908
www.bltrestaurantgroup.com

1

# Jennifer McEntee

**From:** Albert A. Ciardi III
**Sent:** Friday, July 15, 2022 3:42 PM
**To:** Jennifer McEntee
**Subject:** FW: BLT

**From:** Albert A. Ciardi III
**Sent:** Monday, May 16, 2022 3:33 PM
**To:** Kevin J Nash <kjnash@gwulaw.com>
**Subject:** BLT

Kevin

After you review the documents let me know if there are further questions.

Al

**Albert A Ciardi III**
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia PA 19103
215 599 2018 (o)

1