**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | |
| **BLT Restaurant Group LLC,** | : | |
| | : | |
| Debtor. | : | Case No. 22-10335(LGB) |
| | : | |

## ORDER APPOINTING MEDIATOR

WHEREAS, on May 18, 2022, the Court entered an order referring BLT Restaurant Group LLC (the "Debtor") and Alexis Manso, Miguel Torres, and Elliott Welburn (collectively, the "Welburn Claimants," and together with the Debtor, the "Parties") to mediation regarding the Welburn Claimants' *Motion for Relief from the Automatic Stay* [ECF No. 26] and the dispute among the Parties relating thereto [ECF No. 84] (the "Mediation Order");

WHEREAS, the Mediation Order states that "the Parties shall, within seven (7) days of the entry of this Order, select a mediator from the Mediation Register established pursuant to the Procedures and inform the Court promptly of the mediator selected. If the Parties are unable to select a mediator during such time period, the Parties must inform the Court and the Court will select a mediator[…]";

WHEREAS, on May 25, 2022, the Debtor filed a letter informing the Court that the Parties had agreed upon the selection of Richard Levy, Jr. as mediator [ECF No. 86] (the "Mediator Agreement Letter")

WHEREAS, on July 14, 2022, the Welburn Claimants filed the *Sexual Harassment Claimants' Objection to Debtor's Motion to Sell Assets* [ECF No. 110], wherein the Welburn Claimants stated their opposition to Mr. Levy serving as mediator based on information presented

to the Welburn Claimants subsequent to the filing of the Mediator Agreement Letter and that the mediation has not commenced; and

WHEREAS, on July 18, 2022, the Debtor filed the *Debtor's Reply to the Objection to the Debtor's Motion to Sell Assets Filed by the Welburn Claimants* [ECF No. 111], whereby the Debtor (i) confirmed that the Parties have not moved forward with Mr. Levy as mediator and (ii) indicated its position that the Court select a mediator;

IT IS HEREBY ORDERED AS FOLLOWS:

1. Pursuant to the Mediation Order, and upon the absence of an agreed-upon mediator selected by the Parties, the Court selects and appoints Leslie A. Berkoff as mediator.

2. Consistent with the Mediation Order, the Parties shall be responsible to pay the fees and expenses of the mediator, shared equally (50/50), which may be paid without further order of the Court.

3. This Court shall retain jurisdiction to alter or amend this order and to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this order.

Dated: July 19, 2022
New York, New York

                                         **/s/ Lisa G. Beckerman**
                                         Hon. Lisa G. Beckerman
                                         United States Bankruptcy Judge