| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** | Case No. 22-10335 |
| **CIARDI CIARDI & ASTIN** <br> Albert A. Ciardi, III, Esquire <br> Jennifer C. McEntee, Esquire <br> 1905 Spruce Street <br> Philadelphia, PA 19103 <br> 215-557-3550 <br> 215-557-3551 Facsimile <br> aciardi@ciardilaw.com <br> jcranston@ciardilaw.com | Judge: Lisa G. Beckerman <br><br> Chapter 11 |
| *In re:* <br><br> **BLT RESTAURANT GROUP LLC f/k/a BLT MANAGEMENT LLC,** <br><br> Debtor. | |

### NOTICE OF HEARNG ON THE DEBTOR'S MOTION FOR FURTHER ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, AND 507 (A) AUTHORIZING AND APPROVING DEBTOR'S POST-PETITION FINANCING; (B) GRANTING LIENS AND SECURITY INTERESTS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (C) AUTOHRIZING USE OF CASH COLLATERAL AND AFFORDING ADEQUATE PROTECTION; (D) MODIFYING THE AUTOMATIC STAY; (E) SCHEDULING A FINAL HEARING; AND (F) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **JULY 22, 2022, at 9:00 a.m.** before the Honorable Lisa G. Beckerman via Court Solutions on the Motion for Further Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, and 507 (A) Authorizing and Approving Debtor's Post-Petition Financing; (B) Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; (C) Authorizing Use of Cash Collateral and Affording Adequate Protection; (D) Modifying the Automatic Stay; (E) Scheduling a Final Hearing; and (F) Granting Related Relief.

Dated: July 22, 2022                                                                **CIARDI, CIARDI & ASTIN**

                                                                                                    */s/ Albert A. Ciardi, III*
                                                                                                    Albert A. Ciardi, III, Esquire