**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **BLT Restaurant Group LLC,** | : | |
| | : | |
| Debtor. | : | **Case No. 22-10335(LGB)** |
| | : | |

### ORDER GRANTING IN PART AND DENYING IN PART *EX PARTE* APPLICATION FOR AN ORDER , PURSUANT TO FED. R. BANKR. P. 2004, AUTHORIZING THE DEBTOR TO EXAMINE RENAISSANCE HOTEL PARTNERS LLC

WHEREAS, on May 26, 2022, Renaissance Hotel Partners LLC filed a proof of claim in the amount of $2,574,103 [Claim No. 14] (the "Proof of Claim");

WHEREAS, on June 22, 2022, BLT Restaurant Group LLC (the "Debtor") filed the *Ex Parte Application for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing the Debtor to Examine Renaissance Hotel Partners LLC* [ECF No. 94] (the "Application") seeking information used by Renaissance to develop and calculate the Proof of Claim;

WHEREAS, on July 8, 2022, Renaissance filed an opposition to the Application [ECF No. 105];

WHEREAS, on July 18, 2022, The Debtor filed a reply in support of the Application [ECF No. 112]; and

WHEREAS, on July 21, 2022, the Court held a hearing on the Application;

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Application is GRANTED solely to the extent that it is hereby ordered that by no later than August 11, 2022, Renaissance shall provide to the Debtor a list of all documents with corresponding BATES stamp numbers that Renaissance intends to use to support the allegations

and claims in paragraphs 7 and 8 of the Proof of Claim from the discovery produced by Renaissance in connection with the parties' pending arbitration proceeding.  The Application is otherwise DENIED.

2.    This Court shall retain jurisdiction to alter or amend this order and to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this order.

Dated: July 21, 2022
New York, New York

/s/ **Lisa G. Beckerman**
Hon. Lisa G. Beckerman
United States Bankruptcy Judge