Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA  19103
aciardi@ciardilaw.com
jcranston@ciardilaw.com
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
Proposed Counsel for the Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **BLT Restaurant Group LLC,** | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 22-10335-lgb |
| | : | |

**INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364 AND 507: (A) AUTHORIZING AND APPROVING DEBTOR'S ADDITIONAL POST-PETITION FINANCING; (B) GRANTING LIENS AND SECURITY INTERESTS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (C) AUTHORIZING USE OF CASH COLLATERAL AND AFFORDING ADEQUATE PROTECTION; (D) MODIFYING THE AUTOMATIC STAY; (E) SCHEDULING FINAL HEARING AND <u>(F) GRANTING RELATED RELIEF</u>**

This matter having come before this Court upon the motion, dated July 21, 2022 [Docket No. [118] (the "<u>Motion</u>"),[1] filed by BLT Restaurant Group LLC (the "Debtor"), as a debtor and debtor in possession in the above-captioned chapter 11 case (the "<u>Case</u>"), pursuant to sections 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(e) and 507 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "<u>Bankruptcy Code</u>"), and Rules 2002, 4001 and 9014 of the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Initial Motion and this Motion.

1

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking entry of an interim order (this "Interim Order"), *inter alia*:

IT IS ORDERED, ADJUDGED AND AGREED, that:

1. Interim Financing Approved. The Motion is granted to the extent provided herein pursuant to Bankruptcy Rule 4001(c)(2), and the Second DIP Facility is authorized and approved, subject to the terms and conditions set forth in (a) this Order, (b) the Final Order, and (c) the existing DIP Loan Documents, each of which are incorporated entirely into this Interim Order.

2. Final Hearing. The Final Hearing shall take place on **August 9, 2022 at 10:00am** telephonically via CourtSolutions, and parties shall have until **August 2, 2022 at 5:00 p.m.** to file an objection if necessary and serve such objection on counsel for the Debtor, counsel for the DIP Lender and Pre-Petition Secured Party, counsel for the Committee and the U.S. Trustee. In the event this Court modifies any of the provisions of this Interim Order or other documents following the Final Hearing, such modifications shall not affect the rights and priorities of the DIP Lender pursuant to this Interim Order with respect to the DIP Collateral and any portion of the DIP Facility that arises, or is incurred or is advanced prior to such modifications (or otherwise arising prior to such modifications), and this Interim Order shall remain in full force and effect except as specifically modified pursuant to the Final Hearing.

3. Effect of this Interim Order. Notwithstanding Bankruptcy Rules 4001(a)(3), 6004(h), 6006(d), 7062 and 9024 or any other Bankruptcy Rule, or Rule 62(a) of the Federal Rules of Civil Procedure, this Interim Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Interim Order. The requirements set forth in Bankruptcy Rule 4001(a)(2) have been satisfied.

4. <u>Retention of Jurisdiction</u>. This Court shall retain jurisdiction to hear, determine and, if applicable, enforce the terms of, any and all matters arising from or related to the DIP Facility and/or this Interim Order.

Dated: New York, New York

July 22, 2022

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE