Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA  19103
aciardi@ciardilaw.com
jcranston@ciardilaw.com
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
Counsel for the Debtor

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **BLT Restaurant Group LLC,** | : | |
| | : | |
| Debtor. | : | **Bankruptcy No. 22-10335(LGB)** |
| | : | |

### MOTION TO CHANGE NAME OF DEBTOR IN CAPTION AND CORPORATE RECORDS AND AMEND VOLUNTARY PETITION PURSUANT TO FED. R. BANKR. P. 1009

BLT Restaurant Group, LLC, the Debtor, by and through undersigned counsel, respectfully requests the entry of an order pursuant to Fed. R. Bankr. P. 1009 to amend the voluntary petition pursuant to Fed. R. Bankr. P. 1009 for the purpose of changing the name of the Debtor and to amend the Debtor's corporate records to reflect the same (the "Motion"). In support of the Motion, the Trustee states as follows:

### JURISDICTION

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief sought herein are Fed. R. Bankr. P. 1009.

## BACKGROUND

4. On or about March 18, 2022 (the "Petition Date"), the Debtor filed voluntary petition for relief under title 11 of chapter 11 of the United States Code, as amended (the "Bankruptcy Code").

5. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this motion is a core proceeding pursuant to 28 U.S.C. §157(b). Venue of this case is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

6. Following the Petition Date, the Debtor has remained in possession of its property and continues to manage its business as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

7. At a hearing on August 3, 2022, the Bankruptcy Court approved the sale (the "Sale Order") of the Debtor's assets (the "Sale") to BLT Acquisition LLC (the "Buyer"). *See* Order at Docket No. 131; *see also* Amended Sale motion (Docket No. 123) filed on July 22, 2022.

8. As part of the Sale, the Debtor sold its name to the Buyer.

9. The Debtor is a limited liability company organized under the laws of New York and having, at present, two members: JL Holdings 2002 LLC (99.9%) and JUNO Investments LLC (.01%).

10. JL Holdings 2002 LLC is a limited liability company organized under the laws of New York and is a secured creditor of the Debtor.

11. Juno Investments LLC is a limited liability company organized under the laws of New York.

12. Pursuant to the Sale Order and the APA, the Debtor must change its name.

13. The Debtor has determined its new name, post-closing of the Sale to the Buyer, will be <u>Old Restaurant Company LLC</u>.

## RELIEF REQUESTED

14. By this Motion, the Trustee seeks, pursuant to Fed. R. Bankr. P. 1009 to amend the voluntary petition of the Debtor in order to change the name of Debtor and to amend the Debtor's corporate records, as necessary, to reflect the same name change.

## BASIS FOR RELIEF

15. Fed. R. Bankr. P. 1009 provides, in relevant part, that:

> . . . On motion of a party in interest, after notice and a hearing, the court may order any voluntary petition, list, schedule, or statement to be amended and the clerk shall give notice of the amendment to entities designated by the court.

Fed. R. Bankr. P. 1009.

16. The Debtor is a "party in interest" within the meaning of Fed. R. Bankr. P. 1009.

17. The Debtor requests that the voluntary petition and the Debtor's corporate records be amended to change the name of the Debtor to <u>Old Restaurant Company LLC</u>.

18. Similarly, the Debtor requests that the caption of the Debtor's bankruptcy case be modified to reflect the change in name as follows:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| Old Restaurant Company LLC, | : | Case No. 22-10335(LGB) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

3

## NOTICE

19. This Motion has been provided to: (i) the Office of the United States Trustee for the Southern District of Pennsylvania; (ii) counsel for the Buyer; (iii) all parties with filed objections to the Sale; and (v) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002. The Debtor submits that such notice is proper and adequate and no further notice is necessary or required.

## CONCLUSION

WHEREFORE, the Debtor respectfully request that the Court enter an Order approving this Motion.

Dated: August 9, 2022                **CIARDI CIARDI & ASTIN**

*/s/ Albert A. Ciardi, III*
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550
(215) 557-3551 (Fax)
aciardi@ciardilaw.com
jcranston@ciardilaw.com